B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Midwest Banc Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3252484** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 1547**<br>**Melrose Park, IL**<br><br>ZIP Code **60161-1547** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                           Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Midwest Banc Holdings, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Midwest Banc Holdings, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ William J. Connelly**
Signature of Attorney for Debtor(s)

**William J. Connelly**
Printed Name of Attorney for Debtor(s)

**Hinshaw & Culbertson LLP**
Firm Name

**222 N. LaSalle Street**
**Suite 300**
**Chicago, IL 60601-1081**

Address

**312-704-3000  Fax: 312-704-3001**
Telephone Number

**August 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Roberto R. Herencia**
Signature of Authorized Individual

**Roberto R. Herencia**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 19, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

.

# United States Bankruptcy Court

## Northern District of Illinois

In re     **Midwest Banc Holdings, Inc.** _____ ,     Case No. _____

                                        Debtor

                                                        Chapter _____ **11** _____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  **001-13735** _____ .

2. The following financial data is the latest available information and refers to debtor's condition on  **August 20, 2010** _____ .

    a. Total assets                                                    $ _____ **9,690,936.64** _____

    b. Total debts (including debts listed in 2.c.,below)    $ _____ **144,746,169.33** _____

                                                                        Approximate
                                                                        number of
    c. Debt securities held by more than 500 holders.                   holders

| | | | | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |

    d. Number of shares of preferred stock                    **92,489**          **0**

    e. Number of shares of common stock                    **38,176,225**        **0**

    Comments, if any:

3. Brief description of debtor's business:
    **Bank holding Company  - subsidiary bank became subject to FDIC receivership on May 14, 2010.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **E.V. Silveri - 2,199,063 shares of common stock.**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Midwest Banc Holdings, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **M&I Marshall & Ilsley Bank 770 North Water Street Milwaukee, WI 53202** | **M&I Marshall & Ilsley Bank 770 North Water Street Milwaukee, WI 53202** | **Money Loaned** | | **79,071,113.00**<br><br>**(2,156,381.00 Secured)** |
| **MBHI Capital Trust V c/o Wilmington Trust Company in its capacity as trustee Rodney Square N.,1100 N. Market St. Wilmington, DE 19890-0001** | **MBHI Capital Trust V c/o Wilmington Trust Company in its capacity as trustee Wilmington, DE 19890-0001** | **Money Loaned (Subordinated Debt Securities)** | | **21,252,929.00** |
| **Royal Capital Trust I c/o Chase Manhattan Bank USA, National Assoc. in its capacity as trustee 500 Stanton Christiana Rd. FL3/OPS4 Newark, DE 19713** | **Royal Capital Trust I c/o Chase Manhattan Bank USA, National Assoc. in its capacity as trustee Newark, DE 19713** | **Money Loaned (Subordinated Debt Securities)** | | **10,792,725.00** |
| **MBHI Capital Trust IV c/o Wilmington Trust Company in its capacity as trustee Rodney Square N. 1100 N.Market St. Wilmington, DE 19890-0001** | **MBHI Capital Trust IV c/o Wilmington Trust Company in its capacity as trustee Wilmington, DE 19890-0001** | **Money Loaned (Subordinated Debt Securities)** | | **10,729,361.00** |
| **Northwest Suburban Capital Trust I c/o Chase Manhattan Bank USA Nat'l Assoc. in its capacity as trustee 600 Travis St., 50th Floor Houston, TX 77002** | **Northwest Suburban Capital Trust I c/o Chase Manhattan Bank USA Nat'l Assoc. in its capacity as trustee Houston, TX 77002** | **Money Loaned (Subordinated Debt Securities)** | | **10,711,272.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Midwest Banc Holdings, Inc.**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| MBHI Capital Trust III c/o Deutsche Bank Trust Co. Delaware in its capacity as trustee 1011 Centre Road, 2nd Floor Wilmington, DE 19805 | MBHI Capital Trust III c/o Deutsche Bank Trust Co. Delaware in its capacity as trustee Wilmington, DE 19805 | Money Loaned (Subordinated Debt Securities) | | 9,700,752.00 |
| Delaware Secretary of State The Corporation Trust Co. 1209 Orange Street Wilmington, DE 19801 | Delaware Secretary of State The Corporation Trust Co. 1209 Orange Street Wilmington, DE 19801 | Quarterly installment of annual corporation fees. | | 110,160.00 |
| Robert L. Woods 5N454 Neva Terrace Itasca, IL 60143-2443 | Robert L. Woods 5N454 Neva Terrace Itasca, IL 60143-2443 | Payments under Split-dollar life insurance policy. | | 94,379.00 |
| The Nasdaq Stock Market LLC Lockbox 20200, P.O. Box 8500 Philadelphia, PA 19178-0200 | The Nasdaq Stock Market LLC Lockbox 20200, P.O. Box 8500 Philadelphia, PA 19178-0200 | Securities listing services | | 65,000.00 |
| Bowne of Chicago, Inc. 75 Remittance Drive Suite 6495 Chicago, IL 60675-6495 | Bowne of Chicago, Inc. 75 Remittance Drive Suite 6495 Chicago, IL 60675-6495 | Document Services | | 29,536.18 |
| Towers Watson Pennsylvania Inc P.O. Box 8500 S-6110 Philadelphia, PA 19178-6110 | Towers Watson Pennsylvania Inc P.O. Box 8500 S-6110 Philadelphia, PA 19178-6110 | Investing information services | | 13,333.34 |
| Broadridge P.O. Box 23487 Newark, NJ 07189 | Broadridge P.O. Box 23487 Newark, NJ 07189 | Securities processing services | | 8,329.39 |
| Computershare, Inc. 4229 Collection Centre Drive Chicago, IL 60693 | Computershare, Inc. 4229 Collection Centre Drive Chicago, IL 60693 | Software services | | 6,431.88 |
| Georgeson Inc. 36758 Treasury Center Chicago, IL 60694-6700 | Georgeson Inc. 36758 Treasury Center Chicago, IL 60694-6700 | Proxy solicitation services | | 1,558.28 |
| Illinois Stock Transfer Company 209 West Jackson Boulevard Suite 903 Chicago, IL 60606 | Illinois Stock Transfer Company 209 West Jackson Boulevard Suite 903 Chicago, IL 60606 | Stock transfer administration/ services | | 814.40 |
| Retirement Solutions Advisors Inc. 410 W. Grand Avenue Chicago, IL 60654 | Retirement Solutions Advisors Inc. 410 W. Grand Avenue Chicago, IL 60654 | Financial advisors services | | 750.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Midwest Banc Holdings, Inc.**                                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Business Wire, Inc.<br>Department 34182<br>P.O. Box 39000<br>San Francisco, CA 94139 | Business Wire, Inc.<br>Department 34182<br>P.O. Box 39000<br>San Francisco, CA 94139 | Public relations services | | 570.00 |
| PrecisionIR, Inc.<br>Lockbox 7391<br>P.O. Box 8500<br>Philadelphia, PA 19178-7391 | PrecisionIR, Inc.<br>Lockbox 7391<br>P.O. Box 8500<br>Philadelphia, PA 19178-7391 | Investor relations services | | 400.30 |
| Mediant Communications LLC<br>P.O. Box 542<br>Saddle Brook, NJ 07663-0000 | Mediant Communications LLC<br>P.O. Box 542<br>Saddle Brook, NJ 07663-0000 | Proxy Services | | 102.99 |
| CUSIP Service Bureau<br>Standard & Poor's<br>P.O. Box 19140A<br>Newark, NJ 07195-0140 | CUSIP Service Bureau<br>Standard & Poor's<br>P.O. Box 19140A<br>Newark, NJ 07195-0140 | IT Services | | 100.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 19, 2010** _____        Signature  _____

                                                           **Roberto R. Herencia**
                                                           **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re  **Midwest Banc Holdings, Inc.**                                                            ,    Case No. _____

Debtor

Chapter                                    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,940,000.00 | | |
| B - Personal Property | Yes | 4 | 6,750,936.64 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 65,847,224.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 78,898,945.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| | Total Assets | | 9,690,936.64 | | |
| | | Total Liabilities | | 144,746,169.33 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Midwest Banc Holdings, Inc.**

Case No. _____

Debtor

Chapter _____ **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Midwest Banc Holdings, Inc.**                                                            ,      Case No. _____
                                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **\*\*Property located at 505 N. Roselle Road, Roselle, IL 60172** | **Fee simple** | - | 2,940,000.00 | 0.00 |

**\*\*The FDIC has asserted that the debtor's interest in the real property identified in Schedule A is a bare legal interest, with the equitable interest being the property of Midwest Bank and Trust Company. Investigation is continuing.**

|  |  |  |
|---|---|---|
| Sub-Total > | 2,940,000.00 | (Total of this page) |
| Total > | 2,940,000.00 |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Midwest Banc Holdings, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Harris N.A. Checking Account** | - | 3,079,664.64 |
| | | **Midwest Bank and Trust Company Checking Account** | - | 0.00 |
| | | **M&I Bank Checking Account** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **SEE ATTACHED EXHIBIT B9** | - | 0.00 |

Sub-Total >   **3,079,664.64**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Midwest Banc Holdings, Inc.**                                            ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | | **Annuities purchased to make payments on SERP agreement with Brad Luecke, former CEO.**<br><br>**(Note: Exact value was not determined as of filing. Contract provides for the payment of $1,760.07 per month through December 1, 2019; and payment of $7,470.30 per month through January 1, 2020.)** | - | **Unknown** |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **40,000 shares common stock of Western Illinois Bancshares, Inc. (Private bank holding company); Other Investments** | - | **740,000.00** |
| | | **Common equity interest in statutory trust MBHI CAP Trust III** | - | **0.00** |
| | | **Common equity interest in statutory trust MBHI CAP Trust IV** | - | **0.00** |
| | | **Common equity interest in statutory trust MBHI CAP Trust V** | - | **0.00** |
| | | **Common equity interest in statutory trust MBHI CAP Trust VI** | - | **0.00** |
| | | **Common equity interest in statutory trust NW CAP Trust I** | - | **0.00** |
| | | **100% Stock/Interest Midwest Bank & Trust Company** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Investment in Stieven Financial Investors, L.P.** | - | **113,909.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

| | Sub-Total > | **853,909.00** |
|---|---|---|
| | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Midwest Banc Holdings, Inc.**                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Federal Income Tax Refund (2004 Amended Return for predecessor Royal American Corp.)** | - | 2,156,381.00 |
| | | **Right to refund of advance fees paid for benefit of 401(k) plan.** | - | 25,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Split-dollar life insurance policy trust for Robert L. Woods. Upon death of Mr. Woods, company entitled to refund of premiums paid.** | - | 115,982.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against affiliates and/or insiders including, but not limited to claims based on contract, indemnification, and contribution.** | - | Unknown |
| | | **Unliquidated Tax Refunds; Approximately $300,000** | - | 300,000.00 |
| | | **Shareholder derivative claims arising out of equity interests in Federal National Mortgage Association and Federal Home Loan Mortgage Corporation.** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trademark Name/Logo** | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >          2,597,363.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Midwest Banc Holdings, Inc.**                                              ,     Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Legal Retainers - Itemized and attached as EXHIBIT B35.** | - | 220,000.00 |
| | | **Books and records of debtor and affiliates.** | - | Unknown |

|  | Sub-Total > | 220,000.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 6,750,936.64 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Midwest Banc Holdings, Inc.**                                    ,      Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**M&I Marshall & Ilsley Bank<br>770 North Water Street<br>Milwaukee, WI 53202** | - | | | **4/4/2007; Money Loaned; Collateral: Collateral deposit account, federal income tax refund (Based on 2004 taxes of predecessor Royal American Corporation).**<br><br>Value $           **2,156,381.00** | | | | 9,045,676.00 | 6,889,295.00 |
| Account No.<br><br>**M&I Marshall & Ilsley Bank<br>770 North Water Street<br>Milwaukee, WI 53202** | - | | | **3/31/2008; Money Loaned; Collateral: 100% Stock/Interest Midwest Bank & Trust Company**<br><br>Value $                    **0.00** | | | | 56,801,548.00 | 56,801,548.00 |
| Account No.<br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br> | | | | <br><br>Value $ | | | | | |

__0__  continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 65,847,224.00 | 63,690,843.00 |
| Total<br>(Report on Summary of Schedules) | 65,847,224.00 | 63,690,843.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Midwest Banc Holdings, Inc.**               Case No. _____

                                     **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                            **0**      continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re  **Midwest Banc Holdings, Inc.** _____,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| | | | C | | | | | | |
| Account No. | | | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | | |
| Alberto Paracchini 1282 Forest Glen St. Winnetka, IL 60093 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | | |
| Andrew Kowalski 595 S. Hawthorne Elmhurst, IL 60126 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | | |
| Andrew Schaefer 41 W 170 Hearthstone Court Saint Charles, IL 60175 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Any and all claims arising out of status as director, including, but not limited to, claims based on indemnification rights. | | | | |
| Barry I. Forrester 11 N. Vine Street Hinsdale, IL 60521-3314 | | - | | | | | X | X | |
| | | | | | | | | | Unknown |

___17___  continuation sheets attached

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:37599-100726    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Midwest Banc Holdings, Inc.**                                                  ,      Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Document Services | | | | |
| Bowne of Chicago, Inc. 75 Remittance Drive Suite 6495 Chicago, IL 60675-6495 | - | | | | | | | 29,536.18 |
| Account No. | | | | Severance Agreement | | | | |
| Brad A. Luecke 5146 Belden Avenue Apt. B2 Downers Grove, IL 60515 | - | | | | | | | Unknown |
| Account No. | | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | |
| Brian Goebbert 5107 Hawkwood Carpentersville, IL 60110 | - | | | | | | | Unknown |
| Account No. | | | | Securities processing services | | | | |
| Broadridge P.O. Box 23487 Newark, NJ 07189 | - | | | | | | | 8,329.39 |
| Account No. | | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | |
| Bruno Costa 801 S. Knight Ave. Park Ridge, IL 60068-4440 | - | | | | | | | Unknown |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          37,865.57

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Midwest Banc Holdings, Inc.**                                    ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Business Wire, Inc.**<br>**Department 34182**<br>**P.O. Box 39000**<br>**San Francisco, CA 94139** | | - | | **Public relations services** | | | | 570.00 |
| Account No.<br><br>**Camille Segreti**<br>**29 W734 Waynewood Drive**<br>**West Chicago, IL 60185** | | - | | **Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions.** | | | X | Unknown |
| Account No.<br><br>**Christopher Ebert**<br>**2151 Pioneer Road**<br>**Evanston, IL 60201** | | - | | **Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions.** | | | X | Unknown |
| Account No.<br><br>**Christopher Rudolph**<br>**6537 Pine Hollow**<br>**Carpentersville, IL 60110** | | - | | **Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions.** | | | X | Unknown |
| Account No.<br><br>**Computershare, Inc.**<br>**4229 Collection Centre Drive**<br>**Chicago, IL 60693** | | - | | **Software services** | | | | 6,431.88 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    7,001.88

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Banc Holdings, Inc.**                                            ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | IT Services | | | | |
| **CUSIP Service Bureau Standard & Poor's P.O. Box 19140A Newark, NJ 07195-0140** | - | | | | | | **100.00** |
| Account No. | | | Public Relations Services | | | | |
| **Daniel J. Edelman, Inc. 200 East Randolph Street 63rd Floor Chicago, IL 60601** | - | | | | | | **0.00** |
| Account No. | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | |
| **Darrin Bacon 3032 Brossman Street Naperville, IL 60564** | - | | | | | | **Unknown** |
| Account No. | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | |
| **David Lindgren 743 Whitegate Court Mount Prospect, IL 60056** | - | | | | | | **Unknown** |
| Account No. | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | |
| **David Natzke 26639 Longmeadow Circle Mundelein, IL 60060** | - | | | | | | **Unknown** |

Sheet no. __3___ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Midwest Banc Holdings, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | | |
| David Peck 1301 Brighton Drive Wheaton, IL 60189 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | | |
| David Taylor 639 S. Bodin Street Hinsdale, IL 60521 | | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Quarterly installment of annual corporation fees. | | | | |
| Delaware Secretary of State The Corporation Trust Co. 1209 Orange Street Wilmington, DE 19801 | | | | | | | |
| | | | | | | | 110,160.00 |
| Account No. | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | | |
| Dennis Motyka 14215 Hempstead Drive Orland Park, IL 60462-2980 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Any and all claims arising out of status as director, including, but not limited to, claims based on indemnification rights. | | | | |
| E.V. Silveri 7366 Lake Street Unit C River Forest, IL 60305-2262 | - | | | X | X | | |
| | | | | | | | Unknown |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110,160.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Banc Holdings, Inc.**                                              , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **FDIC as Receiver for Midwest Bank & Trust Company 3501 N. Fairfax Drive Arlington, VA 22226** | - | | | | | | | **Unknown** |
| Account No. | | | | Shipping services | | | | |
| **FedEx P.O. Box 94515 Palatine, IL 60094-4515** | - | | | | | | | **34.11** |
| Account No. | | | | Securities services | | | | |
| **Foliofn Investments, Inc. 8180 Greensboro Drive 8th Floor Mc Lean, VA 22102** | - | | | | | | | **5.00** |
| Account No. | | | | Proxy solicitation services | | | | |
| **Georgeson Inc. 36758 Treasury Center Chicago, IL 60694-6700** | - | | | | | | | **1,558.28** |
| Account No. | | | | Any and all claims arising out of status as director, including, but not limited to, claims based on indemnification rights. | X | X | | |
| **Gerald F. Hartley 720 Waterford Drive No. 201 Naples, FL 34113** | - | | | | | | | **Unknown** |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,597.39**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Midwest Banc Holdings, Inc.**                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ice Systems, Inc.**<br>**d/b/a Proxytrust**<br>**100 Patco Court, Suite 9**<br>**Islandia, NY 11749-1522** | - | | **IT Services** | | | | 79.48 |
| Account No.<br><br>**Illinois Stock Transfer Company**<br>**209 West Jackson Boulevard**<br>**Suite 903**<br>**Chicago, IL 60606** | - | | **Stock transfer administration/services** | | | | 814.40 |
| Account No.<br><br>**INVeShare, Inc.**<br>**3060 Royal Blvd. South**<br>**Suite 235**<br>**Alpharetta, GA 30022** | - | | **Communications services** | | | | 28.70 |
| Account No.<br><br>**J.J. Fritz**<br>**659 Aberdeen Road**<br>**Inverness, IL 60067** | - | | **Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions.** | | | X | Unknown |
| Account No.<br><br>**James Giancola**<br>**1411 Park Avenue**<br>**River Forest, IL 60305** | - | | **Severance Agreement** | | | | Unknown |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    922.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Banc Holdings, Inc.**                                                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**James Nickels**<br>**7410 W. North Avenue**<br>**Apt. 803**<br>**Elmwood Park, IL 60707-4259** | - | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |
| Account No.<br><br>**Jan Thiry**<br>**1 Oak Brook Club Drive**<br>**A202**<br>**Oak Brook, IL 60523** | - | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |
| Account No.<br><br>**JoAnn Lilek**<br>**30 Pine Avenue**<br>**La Grange Park, IL 60526** | - | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |
| Account No.<br><br>**John Budziak**<br>**1130 Norwalk Road**<br>**Lemont, IL 60439** | - | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |
| Account No.<br><br>**John Eilering**<br>**302S Lancaster**<br>**Mount Prospect, IL 60056** | - | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |

Sheet no. __7___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Banc Holdings, Inc.** _____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **John Lambert** <br> **50 S. Suffolk** <br> **Lake Forest, IL 60045** | - | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |
| **Account No.** <br><br> **John Pelling III** <br> **600 N. Kingsbury** <br> **#1612** <br> **Chicago, IL 60654** | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |
| **Account No.** <br><br> **Jon Spoerry** <br> **2864 Greenwood Avenue** <br> **Highland Park, IL 60035** | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |
| **Account No.** <br><br> **Jonathan Gilfillan** <br> **214 N. Myrtle Avenue** <br> **Elmhurst, IL 60126** | - | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |
| **Account No.** <br><br> **Karen G. DeBoer** <br> **26 Blaine Avenue** <br> **Hinsdale, IL 60521** | - | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |

Sheet no. __8___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Banc Holdings, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kenneth J. Velo<br>125 S. Green Street<br>Apt. 609A<br>Chicago, IL 60607-3715 | - | | Any and all claims arising out of status as director, including, but not limited to, claims based on indemnification rights. | X | X | | Unknown |
| Account No.<br><br>Kevin Copeland<br>1147 Lilyfield Lane<br>Bolingbrook, IL 60440 | - | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | Unknown |
| Account No.<br><br>M&I Marshall & Ilsley Bank<br>770 North Water Street<br>Milwaukee, WI 53202 | - | | Money Loaned - Subordinated Debenture | | | | 15,380,270.00 |
| Account No.<br><br>Mari Uribarri<br>409 50th Place<br>Western Springs, IL 60558 | - | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | Unknown |
| Account No.<br><br>Mary Ceas<br>125 Lakeview Dr., Unit 705<br>Bloomingdale, IL 60108-1284 | - | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | Unknown |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **15,380,270.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Banc Holdings, Inc.**                                                    Case No. _____

                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mary Lastrapes** <br> **1208 D South Federal Street** <br> **Chicago, IL 60605** | - | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |
| Account No. <br><br> **Maryann Penczak** <br> **51 Old Oak Drive** <br> **#210** <br> **Buffalo Grove, IL 60089-3642** | - | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | **Unknown** |
| Account No. **xxxxxxxer 17, 2003** <br><br> **MBHI Capital Trust III** <br> **c/o Deutsche Bank Trust Co. Delaware** <br> **in its capacity as trustee** <br> **1011 Centre Road, 2nd Floor** <br> **Wilmington, DE 19805** | - | | Trustee for MBHI Capital Trust III; Junior Subordinated Debt Securities | | | | **9,700,752.00** |
| Account No. <br><br> **Deutsche Bank Trust Company** <br> **Delaware** <br> **1011 Centre Road, 2nd Floor** <br> **Wilmington, DE 19805** | | | Preferred Interests in MBHI Capital Trust III | | | | **Notice Only** |
| Account No. <br><br> **MBHI Capital Trust III** <br> **Deutsche Bank Trust Co. Delaware** <br> **in its capacity as Trustee** <br> **1011 Centre Road, 2nd Floor** <br> **Wilmington, DE 19805** | - | | Trustee's Fees related to MBHI Capital Trust III | | | | **Unknown** |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,700,752.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Midwest Banc Holdings, Inc.**                                              ,      Case No. _____

                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **MBHI Capital Trust IV c/o Wilmington Trust Company in its capacity as trustee Rodney Square N. 1100 N.Market St. Wilmington, DE 19890-0001** | - | | | **December 19, 2003 Trustee for MBHI Capital Trust IV; Junior Subordinated Debt Securities** | | | | **10,729,361.00** |
| Account No. **Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890-0001** | | | | **Preferred Interests in MBHI Capital Trust IV** | | | | **Notice Only** |
| Account No. **MBHI Capital Trust IV c/o Wilmington Trust Company in its capacity as trustee Rodney Square N. 1100 N.Market St. Wilmington, DE 19890-0001** | - | | | **Trustee's Fees related to MBHI Capital Trust IV** | | | | **Unknown** |
| Account No. **xune 7, 2005** **MBHI Capital Trust V c/o Wilmington Trust Company in its capacity as trustee Rodney Square N.,1100 N. Market St. Wilmington, DE 19890-0001** | - | | | **Trustee for MBHI Capital Trust V; Junior Subordinated Debt Securities** | | | | **21,252,929.00** |
| Account No. **First Tennessee Bank Nat'l Assoc. 845 Crossover Lane, Suite 150 Memphis, TN 38117** | | | | **Preferred Interests in MBHI Capital Trust V** | | | | **Notice Only** |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,982,290.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Midwest Banc Holdings, Inc.**                                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trustee's Fees related to MBHI Capital Trust V | | | | |
| **MBHI Capital Trust V c/o Wilmington Trust Company as trustee Rodney Square N. 1100 N. Market Street Wilmington, DE 19890-0001** | - | | | | | | | **Unknown** |
| Account No. | | | | Proxy services | | | | |
| **Mediant Communications LLC P.O. Box 542 Saddle Brook, NJ 07663** | - | | | | | | | **102.99** |
| Account No. | | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like.  Liability disputed to extent based on change in control provisions. | | | X | |
| **Michelle Holman 1183 Harwich Drive Carol Stream, IL 60188** | - | | | | | | | **Unknown** |
| Account No. | | | | May 18, 2004 Trustee for Northwest Suburban Capital Trust I - Junior Subordinated Debt Securities | | | | |
| **Northwest Suburban Capital Trust I c/o Chase Manhattan Bank USA Nat'l Assoc. in its capacity as trustee 600 Travis St., 50th Floor Houston, TX 77002** | - | | | | | | | **10,711,272.00** |
| Account No. | | | | Preferred Interests in Northwest Suburban Capital Trust I | | | | |
| **Alesco Preferred Funding IV, Ltd. Walker House, Mary Street P.O. Box 908GT George Town Grand Cayman, Cayman Islands** | | | | | | | | **Notice Only** |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,711,374.99**

B6F (Official Form 6F) (12/07) - Cont.

In re **Midwest Banc Holdings, Inc.**                          , Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trustee's fees relating to Northwest Suburban Capital Trust I | | | | |
| Northwest Surburban Capital Trust I c/o Chase Manhattan Bank USA Nat'l Assoc. in its capacity as trustee 600 Travis St., 50th Floor Houston, TX 77002 | - | | | | | | Unknown |
| Account No. | | | Any and all claims arising out of status as director, including, but not limited to, claims based on indemnification rights. | | | | |
| Percy L. Berger 140 Dempster Street Evanston, IL 60202-1405 | - | | | X | X | | Unknown |
| Account No. | | | Investor relations services | | | | |
| PrecisionIR, Inc. Lockbox 7391 P.O. Box 8500 Philadelphia, PA 19178-7391 | - | | | | | | 400.30 |
| Account No. | | | Delivery services | | | | |
| Quick Delivery Service, Inc. 632 Pratt Avenue N. Schaumburg, IL 60193 | - | | | | | | 23.28 |
| Account No. | | | Financial advisors services | | | | |
| Retirement Solutions Advisors Inc. 410 W. Grand Avenue Chicago, IL 60654 | - | | | | | | 750.00 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,173.58

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Midwest Banc Holdings, Inc.** _____, Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  Robert Fliss 4113 Stableford Lane Naperville, IL 60564 | - | | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | Unknown |
| Account No.  Robert J. Genetski 107 Park Street Saugatuck, MI 49453-9600 | - | | | | Any and all claims arising out of status as director, including, but not limited to, claims based on indemnification rights. | X | X | | Unknown |
| Account No.  Robert L. Woods 5N454 Neva Terrace Itasca, IL 60143-2443 | - | | | | Severance/Retirement | | | | 94,379.00 |
| Account No.  Robert Romano 425 S Clifton Park Ridge, IL 60068 | - | | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | Unknown |
| Account No.  Roberto R. Herencia 3311 Winchester Lane Glenview, IL 60026-5750 | - | | | | Any and all claims arising out of status as director, including, but not limited to, claims based on indemnification rights. | X | X | | Unknown |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94,379.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Midwest Banc Holdings, Inc.**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Roberto R. Herencia**<br>**3311 Winchester Lane**<br>**Glenview, IL 60026-5750** | - | | | **Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions.** | | | X | **Unknown** |
| Account No.<br><br>**Royal Capital Trust I**<br>**c/o Chase Manhattan Bank USA, National**<br>**Assoc. in its capacity as trustee**<br>**500 Stanton Christiana Rd. FL3/OPS4**<br>**Newark, DE 19713** | - | | | **Trustee for Royal Capital Trust I; Junior Subordinated Debt Securities April 30, 2004** | | | | **10,792,725.00** |
| Account No.<br><br>**Merrill Lynch International**<br>**250 Vesey Street**<br>**New York, NY 10080** | | | | **Preferred Interests in Royal Capital Trust I** | | | | **Notice Only** |
| Account No.<br><br>**Royal Capital Trust I**<br>**c/o Chase Manhattan Bank USA, National**<br>**Assoc. in its capacity as trustee**<br>**500 Stanton Christiana Rd. FL3/OPS4**<br>**Newark, DE 19713** | - | | | **Trustee's Fees related to Royal Capital Trust I** | | | | **Unknown** |
| Account No.<br><br>**Sheldon Bernstein**<br>**7400 W. Lawrence Avenue**<br>**#231**<br>**Harwood Heights, IL 60706** | - | | | **Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions.** | | | X | **Unknown** |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **10,792,725.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Midwest Banc Holdings, Inc.**                                                Case No. _____
_____,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Stephen Eastwood<br>1155 W. Armitage Ave., Apt. 603<br>Chicago, IL 60614-4053 | - | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | Unknown |
| Account No.<br><br>Steven Markovits<br>2804 Briarwood<br>Arlington Heights, IL 60005 | - | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | Unknown |
| Account No.<br><br>Susan Moll<br>2015 N. Halsted Street<br>Unit A<br>Chicago, IL 60614-4368 | - | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | Unknown |
| Account No.<br><br>The Nasdaq Stock Market LLC<br>Lockbox 20200, P.O. Box 8500<br>Philadelphia, PA 19178-0200 | - | | | Securities listing services | | | | 65,000.00 |
| Account No.<br><br>Thomas Caravello<br>1017 S. Grace Drive<br>Mount Prospect, IL 60056 | - | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | X | Unknown |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          65,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Midwest Banc Holdings, Inc.**                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | | |
| Thomas Hackett 8313 Mendingwall Drive Woodridge, IL 60517 | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | | |
| Thomas J. Bell, III 17126 S. McKenna Drive Plainfield, IL 60586-8695 | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Employment-related claims, including any claims that might be asserted under supplemental retirement, change in control, or severance agreements and the like. Liability disputed to extent based on change in control provisions. | | | | |
| Thomas Jalette 7505 Florence Avenue Downers Grove, IL 60516 | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Investing information services | | | | |
| Towers Watson Pennsylvania Inc P.O. Box 8500 S-6110 Philadelphia, PA 19178-6110 | - | | | | | | |
| | | | | | | | **13,333.34** |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **13,333.34** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **78,898,945.33** |

B6G (Official Form 6G) (12/07)

.

In re    **Midwest Banc Holdings, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| ACE American Insurance Co.<br>525 West Monroe Street<br>Suite 400<br>Chicago, IL 60661 | Excess Side-A Only, Directors & Officers Liability Insurance Policy; Policy No. xxxxxxxxxxxx9001; Policy period 10/28/2009 - 10/28/2010 |
| ADP, Inc.<br>060 - ADP Chicago<br>1851 North Resler Drive<br>El Paso, TX 79912 | Payroll processing |
| AppRiver, LLC<br>1101 Gulf Breeze Parkway<br>Suite 200<br>Gulf Breeze, FL 32561-4858 | IT Services (secure e-mail and archiving mbhi.com); (month to month). |
| Bowne of Chicago, Inc.<br>75 Remittance Drive<br>Suite 6495<br>Chicago, IL 60675-6495 | SEC Document Services (10-Q, 10K, S-4) |
| Box.net, Inc.<br>409 Sherman Avenue<br>Palo Alto, CA 94306 | IT Services (secure on-line document storage and retrieval); (month to month). |
| Business Wire<br>161 North Clark Street<br>Suite 3500<br>Chicago, IL 60601 | Public Relations Services |
| BVS Performance Systems<br>4060 Glass Rd. NE<br>Cedar Rapids, IA 52402 | Employee training; online training resource; Expires 12/31/2012 |
| Crowe Horwath LLP<br>P.O. Box 3697<br>Oak Brook, IL 60522-3697 | Misc. tax services; annual tax return |
| CSC<br>3170 Fairview Park Drive<br>Falls Church, VA 22042 | Securities Exchange Administration |
| CT Corporation System<br>208 S. LaSalle Street<br>Suite 814<br>Chicago, IL 60604 | Services as corporate statutory agent; (Expires 3/31/2011) |

**5**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Midwest Banc Holdings, Inc.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Debora A. Petrungaro**<br>**2505 N. 77th Court**<br>**Elmwood Park, IL 60707-2525** | **Consulting Services related to SEC filings for 401(k) Plan.** |
| **Executive Benefits Solutions**<br>**6775 Cahill Avenue, Suite 200**<br>**Valley Park Professional Center**<br>**Inver Grove Heights, MN 55076-2069** | **SERP Plan Administration** |
| **Fidelity & Deposit Insurance**<br>**Co. of Maryland**<br>**1400 American Lane**<br>**Schaumburg, IL 60196-5452** | **Financial Institution Bond Insurance Policy; Policy Period 10/28/2009 - 10/28/2010; Policy No. xxx xxxxx24 00**<br><br>**Excess Directors & Officers Liability Insurance Co. Policy Period 10/28/2009 - 10/28/2010; Policy No. xxxxxxxx164-00**<br><br>**2nd Excess EPL, FL, BPL, Tr, E&O Insurance Policy; policy no. xxxxxxxx165-00; policy period 10/28/2009 - 10/28/2010** |
| **Financial Reporting Advisors**<br>**100 North LaSalle Street**<br>**Suite 2215**<br>**Chicago, IL 60602** | **Financial reporting consulting contract.** |
| **Fox-Pitt Kelton Cochran Caronia Waller**<br>**420 5th Avenue, Floor 5**<br>**New York, NY 10018-0941** | **Investment Banking Services** |
| **Harland Financial Solutions**<br>**605 Crescent Executive Court**<br>**Suite 600**<br>**Lake Mary, FL 32746** | **Software License** |
| **Harris, N.A.**<br>**50 S. Lincoln Avenue**<br>**Hinsdale, IL 60521** | **Safe deposit box** |
| **IBM Internet Security Systems**<br>**1 New Orchard Road**<br>**Armonk, NY 10504-1722** | **IT Services (software and maintenance - firewall and intrusion prevention system).** |
| **Illinois Stock Transfer Co.**<br>**209 W. Jackson Blvd.**<br>**Suite 903**<br>**Chicago, IL 60606** | **Stock transfer administration; (Expires 12/31/2010).** |
| **Iron Mountain Incorporated**<br>**745 Atlantic Avenue**<br>**Boston, MA 02111** | **Document storage; (month to month).** |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Midwest Banc Holdings, Inc.**                                        ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **IST, Inc.**<br>**218 W. Carmen Lane**<br>**Suite 208**<br>**Santa Maria, CA 93458** | **Stock transfer administration (Series A Preferred).** |
| **July Business Services**<br>**30 South Wacker Drive**<br>**22nd Floor**<br>**Chicago, IL 60606** | **401K plan administration** |
| **Keefe Bruyette & Woods**<br>**10 South Wacker Drive**<br>**Chicago, IL 60606-7420** | **Investment Banking Services** |
| **Lloyd's of London**<br>**One Lime Street**<br>**London, UK EC3M 7HA** | **Insurance**<br><br>**Naked Land Trust Liquor Liability; Policy No. LIQ/82747; Term: 9-16-09 to 9-16-10**<br><br>**Forced Placed Liability Policy ; Lloyd's, London; Policy No.  GL918090002; Term:  8-1-09 to 8-1-10**<br><br>**Mortgage Impairment Policy; Lloyd's, London; Policy No. MI801080012; Term: 8-1-08 to 8-1-11**<br><br>**Forced Placed Property Policy; Lloyd's, London; Policy No. FP918090008; Term:  8-1-09 to 8-1-10** |
| **Lumigent Technologies**<br>**289 Great Road**<br>**Acton, MA 01720** | **IT Services** |
| **Maryann Penczak**<br>**51 Old Oak Drive**<br>**#210**<br>**Buffalo Grove, IL 60089-3642** | **Consulting service agreement** |
| **Microsoft Licensing, GP**<br>**6100 Neil Road**<br>**Suite 100**<br>**Reno, NV 89511** | **Software Licenses; 3 year licensing agreement for (Microsoft enterprise class software): ForeFront Antivirus Protection Suite, System Center Data Protection Manager, System Center Operations Manager, System Center Configuration Manager, Microsoft Exchange 2007 Enterprise, Microsoft Sharepoint Enterprise, Office 2007 Professional, Windows Vista / 7 Licenses, Windows Server Terminal Server Licenses, Windows Server Client Access Licenses, Windows Server Licenses** |
| **Morrow & Company LLC**<br>**421 East Third Street N.**<br>**Wichita, KS 67202** | **Proxy administration** |

Sheet __**2**__ of __**5**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Midwest Banc Holdings, Inc.** _____ ,   Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **NASDAQ**<br>**One Liberty Plaza**<br>**165 Broadway**<br>**New York, NY 10006** | **Securities listing** |
| **NetIQ Corporation**<br>**Arboretum Lakes II**<br>**901 Warrenville Rd., #115**<br>**Lisle, IL 60532** | **1 year licensing agreement for NetIQ - software that monitors the configuration of the AS/400 system that runs Jack Henry Silverlake** |
| **Proformance**<br>**2170 Buckthorne**<br>**Suite 100**<br>**The Woodlands, TX 77380** | **IT Services** |
| **RLI Insurance Company**<br>**Suite 350, Congress Center**<br>**525 West Van Buren Street**<br>**Chicago, IL 60607** | **Insurance**<br><br>**Excess FI Bond Insurance Policy; Policy No. xxx xxx0328; Policy period 10/28/2009 - 10/28/2010** |
| **RLW Protective Life** | **Exit agreement w/ former chairman to pay life insurance premiums** |
| **Roberto R. Herencia**<br>**3311 Winchester Lane**<br>**Glenview, IL 60026-5750** | **Consulting agreement** |
| **SCB Forums LTD**<br>**7210 41st Avenue**<br>**Flushing, NY 11377-3056** | **Peer Group Forum** |
| **Scottsdale Insurance Company**<br>**8877 N. Gainey Center Drive**<br>**Scottsdale, AZ 85258** | **Insurance**<br><br>**Excess General Liability Over Foreclosed Properties; Scottsdale Insurance Company; Policy No. XLS0061321; Term:  8-1-09 to 8-1-10** |
| **smarsh**<br>**921 SW Washington St.**<br>**Suite 540**<br>**Portland, OR 97205** | **IT Services** |
| **SNL Financial**<br>**One SNL Plaza**<br>**Charlottesville, VA 22902** | **IT Services** |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Midwest Banc Holdings, Inc.**   ,   Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| St. Paul Mercury Insurance Co.<br>385 Washington Street<br>Saint Paul, MN 55102 | Insurance<br><br>Select One for Community Banks Insurance Policy; Policy no. xxxxxx0944; policy period 10/28/2009 - 10/28/2010<br><br>1st Excess EPL, FL, BPL, Tr. and E&O Insurance Policy; Policy No. xxxxx1980; policy period 10/28/2009 - 10/28/2010 |
| St. Paul Travelers<br>One Tower Square, 2MS<br>Hartford, CT 06183 | Insurance<br><br>Commercial Package Policy; St. Paul Travelers; Policy No. FSO6305530; Term: 8-1-09 to 8-1-10 |
| Stifel Nicolaus & Company Inc.<br>501 N. Broadway<br>Saint Louis, MO 63102 | Investment banking services - capital raise |
| Symantec<br>350 Ellis Street<br>Mountain View, CA 94043 | Software License |
| Thomas J. Bell, III<br>17126 S. McKenna Drive<br>Plainfield, IL 60586-8695 | Consulting agreement; (Expires 12/10/2010) |
| Thomson Reuters Boardlink<br>3 Times Square<br>New York, NY 10036 | IT Services |
| Towers Perrin Forster & Crosby Inc.<br>875 Third Avenue<br>New York, NY 10022 | Human Resources Consulting; (health and welfare administration). |
| Travelers Insurance<br>One Tower Square, 2MS<br>Hartford, CT 06183 | Insurance<br><br>Workers Compensation Insurance Policy; Travelers Insurance Company; Policy No. HJUB-5250M69-6-09; Term 8-1-09 to 8-1-10<br><br>Corporate Kidnap & Ransom/Extortion; Travelers Insurance Company; Policy No. KR01200051; Term: 2-1-07 to 2-1-10<br><br>Business Automobile; Travelers Insurance Company; Policy No. FSO6305530; Term: 8-1-09 to 8-1-10<br><br>Commercial Umbrella; Travelers Insurance Company; Policy No. FSO6305530; Term: 8-1-09 to 8-1-10 |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Midwest Banc Holdings, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **U.S. Specialty Insurance Co.**<br>**13403 Northwest Freeway**<br>**Houston, TX 77040** | **Insurance**<br><br>**Primary Management Insurance; Policy No. xx-xxx-xx-xxx1458; Policy Period: 10/28/2009 - 10/28/2010** |
| **U.S. Specialty Insurance Co.**<br>**13403 Northwest Freeway**<br>**Houston, TX 77040** | **Insurance**<br><br>**Directors & Officers Liability; U.S. Specialty Insurance Company; Policy No. 14-MGU-09-A20158; Term:  10-28-09 to 10-28-10** |
| **United States Department of Treasury**<br>**1500 Pennsylvania Ave. NW**<br>**Washington, DC 20220** | **Exchange Agreement dated 2/25/2010** |
| **Westchester Fire Insurance Co.**<br>**1325 Avenue of the Americas**<br>**New York, NY 10019** | **Surety STAMP Bond; Westchester Fire Insurance Company; Policy No. K07769702; Term:  9-18-09 to 9-18-10** |
| **Westlaw Business Services**<br>**610 Opperman Drive**<br>**P.O. Box 64833**<br>**Saint Paul, MN 55164-1803** | **IT Services** |
| **XL Specialty Insurance Co.**<br>**190 South LaSalle Street**<br>**Suite 950**<br>**Chicago, IL 60603** | **Insurance**<br><br>**Excess A, B, and C, Directors & Officers Liability Insurance Policy; Policy No. xxx xxxx09-09; Policy Period 10/28/2009 - 10/28/2010** |
| **XL Specialty Insurance Co.**<br>**190 South LaSalle Street**<br>**Suite 950**<br>**Chicago, IL 60603** | **Insurance**<br><br>**Excess Direcotrs & Officers Liability; XL Specialty Insurance Company; Policy No. ELU114309-09; Term:  10-28-09 to 10-28-10** |
| **Zurich American Insurance Co.**<br>**1400 American Lane**<br>**Schaumburg, IL 60196** | **Insurance**<br><br>**Financial Institution Bond; Zurich American Insurance Company; Policy No. BND0100317; Term:  10-28-09 to 10-28-10** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **Midwest Banc Holdings, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Midwest Bank & Trust**<br>**1606 North Harlem Avenue**<br>**Elmwood Park, IL 60707** | **Substantially all employment-related claims.** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Midwest Banc Holdings, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___34___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 19, 2010**

Signature  **/s/ Roberto R. Herencia**

**Roberto R. Herencia**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Midwest Banc Holdings, Inc.**                                      Case No. _____

_____                   Chapter    **11**
                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$33,167,000.00** | **2010 (Consolidated income of debtor and subsidiaries.** |
| **$167,638,000.00** | **2009 (Consolidated income of debtor and subsidiaries).** |
| **$187,661,000.00** | **2008 (Consolidated income of debtor and subsidiaries).** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
□

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Westlaw Business**<br>**1100 Thirteenth St. NW, Suite 200**<br>**Washington, DC 20005** | **5/10/2010** | **$19,380.00** | **$0.00** |
| **Vedder Price**<br>**222 North LaSalle Street**<br>**Chicago, IL 60601** | **5/12/2010** | **$5,930.98** | **$0.00** |
| **Computershare, Inc.**<br>**4229 Collection Centre Drive**<br>**Chicago, IL 60693** | **5/13/2010** | **$9,269.52** | **$0.00** |
| **Harris Private Bank**<br>**Trust Department, 111 W. Monroe Street, 16W**<br>**Chicago, IL 60603** | **6/21/2010** | **$17,040.00** | **$0.00** |
| **Plante & Moran, PLLC**<br>**225 W. Washington St.**<br>**Suite 2700**<br>**Chicago, IL 60606** | **7/27/2010** | **$25,000.00** | **$0.00** |
| **Thomas J. Bell, III**<br>**17126 S. McKenna Drive**<br>**Plainfield, IL 60586-8695** | **7/28/2010** | **$20,000.00** | **$0.00** |
| **Crowe Horwath LLP**<br>**P.O. Box 3697**<br>**Oak Brook, IL 60522-3697** | **5/5/2010** | **$13,000.00** | **$0.00** |
| **Brad A. Luecke**<br>**5146 Belden Avenue**<br>**Apt. B2**<br>**Downers Grove, IL 60515** | **June, 2010 Metlife Annuity Payment** | **$7,470.30** | **$0.00** |
| **Brad A. Luecke**<br>**5146 Belden Avenue**<br>**Apt. B2**<br>**Downers Grove, IL 60515** | **July, 2010 Metlife Annuity Payment** | **$7,470.30** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Brad A. Luecke** **5146 Belden Avenue** **Apt. B2** **Downers Grove, IL 60515** | **August, 2010 Metlife** **Annuity Payment** | **$7,470.30** | **$0.00** |
| **Brad A. Luecke** **5146 Belden Avenue** **Apt. B2** **Downers Grove, IL 60515** | **June, 2010** | **$1,760.07** | **$0.00** |
| **Brad A. Luecke** **5146 Belden Avenue** **Apt. B2** **Downers Grove, IL 60515** | **July, 2010** | **$1,760.07** | **$0.00** |

None ☐  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED EXHIBIT SFA 3C** | | **$0.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The debtor has been advised that the Department of Labor's intends to commence a review of the debtor's 401(k) plan.  No formal action has yet been taken.** | | | |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |
| **FDIC** **3501 N. Fairfax Drive** **Arlington, VA 22226** | | **May 14, 2010** | **Midwest Bank and Trust Company, Debtor's wholly owned subsidiary is subject to FDIC receivership.** |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Hinshaw & Culbertson LLP** **222 N. LaSalle Street** **Suite 300** **Chicago, IL 60601-1081** | **6/28/2010** | **$100,000.00 Chapter 11 Bankruptcy Retainer** |

5

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **M&I Marshall & Ilsley Bank**<br>**770 North Water Street**<br>**Milwaukee, WI 53202**<br>  **None** | **October 22, 2009** | **Pledge of Tax Refund amount of $2,156,381.00 pursuant to Tax Refund Security Agreement; (UCC Financing Statement No. 01816549 filed May 24, 2010, Delaware Secretary of State).** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Harris, N.A.**<br>**50 S. Lincoln Avenue**<br>**Hinsdale, IL 60521** | **E.V. Silveri (company director), 7366 Lake Street, Unit C, River Forest, IL 60305-2262; and Kenneth J. Velo (company director), 125 S. Green Street, Apt. 609A, Chicago, IL 60607-3715.** | **2 boxes; Western Illinois Stock Certificate, Various Bank Records** | |

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐    List all property owned by another person that the debtor holds or controls.

6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Midwest Bank & Trust Company***<br>**1606 North Harlem Avenue**<br>**Elmwood Park, IL 60707** | Property located at 505 N. Roselle Road,<br>Roselle, IL 60172; Value: $2,940,000.00 | 505 N. Roselle Road, Roselle, IL 60172 |

**\*As indicated on Schedule A, beneficial
or equitable interests in this property
remain uncertain.**

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                     NAME USED                                     DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|-----------------------------|
| **Midwest Bank and Trust Company** | **36-2415461** | **1606 N. Harlem Avenue Elmwood Park, IL 60707** | **Banking** | **12/10/1959 -5/14/2010** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Pricewaterhousecoopers LLP** | **One North Wacker Chicago, IL 60606** | **2005 to 2010** |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **M&I Marshall & Ilsley Bank**<br>**770 North Water Street**<br>**Milwaukee, WI 53202**<br><br>**Various Entities/Persons** | **Annually**<br><br><br>**The debtor's stock has been publicly traded and it is subject to registration requirements under the Securities Act of 1934. Pursuant to reporting requirements, it has regularly produced financial statements that have been and are publicly available in SEC filings.** |

---

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **E.V. Silveri**<br>**7366 Lake Street**<br>**Unit C**<br>**River Forest, IL 60305-2262** | **Director** | **2,199,063 shares of common stock as of 3/30/2010** |
| **Percy L. Berger**<br>**140 Dempster Street**<br>**Evanston, IL 60202-1405** | **Director** | |
| **Roberto R. Herencia**<br>**3311 Winchester Lane**<br>**Glenview, IL 60026-5750** | **President** | |
| **Barry J. Forrester**<br>**11 N. Vine Street**<br>**Hinsdale, IL 60521-3314** | **Director** | |
| **Robert J. Genetski**<br>**107 Park Street**<br>**Saugatuck, MI 49453-9600** | **Director** | |
| **Gerald F. Hartley**<br>**720 Waterford Drive**<br>**No. 201**<br>**Naples, FL 34113** | **Director** | |

9

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Kenneth J. Velo<br>125 S. Green Street<br>Apt. 609A<br>Chicago, IL 60607-3715 | **Director** | |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| JoAnn Lilek<br>30 Pine Avenue<br>La Grange Park, IL 60526 | **Executive Vice-President, CFO and Corporate Secretary** | 6/4/2010 |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Midwest Banc Holdings, Inc.** | **36-3252484** |

---

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Midwest Banc Holdings, Inc. 401(k) Plan and Trust** | **36-3252484** |

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 19, 2010**                                    Signature    **/s/ Roberto R. Herencia**

                                                                                                  **Roberto R. Herencia**
                                                                                                  **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Midwest Banc Holdings, Inc.**
_____    Case No. _____
Debtor(s)    Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **100,000.00** |
| Prior to the filing of this statement I have received | $ | **100,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
       **Subject to terms of engagement as approved by Court, including provisions related to future compensation, representation of debtor-in-possession in chapter 11.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 19, 2010**
_____

**/s/ William J. Connelly**
**William J. Connelly**
**Hinshaw & Culbertson LLP**
**222 N. LaSalle Street**
**Suite 300**
**Chicago, IL 60601-1081**
**312-704-3000  Fax: 312-704-3001**

---

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Midwest Banc Holdings, Inc.** _____ ,
                                           Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Note: The debtor is seeking relief related to the requirement that it file list of equity security holders.  No list is currently available that would provide the information requested.** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**August 19, 2010**_____    Signature  **/s/ Roberto R. Herencia**_____
                                                            **Roberto R. Herencia**
                                                            **President**

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re **Midwest Banc Holdings, Inc.** _____   Case No. _____
                                                    Debtor(s)              Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **134**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 19, 2010** _____        **/s/ Roberto R. Herencia** _____
                                                     **Roberto R. Herencia/President**
                                                     Signer/Title

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Midwest Banc Holdings, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Midwest Banc Holdings, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 19, 2010**

Date

**/s/ William J. Connelly**

**William J. Connelly**

Signature of Attorney or Litigant

Counsel for  **Midwest Banc Holdings, Inc.**

**Hinshaw & Culbertson LLP**
**222 N. LaSalle Street**
**Suite 300**
**Chicago, IL 60601-1081**
**312-704-3000 Fax:312-704-3001**