# Notice Recipients

| District/Off: 0752−1 | User: sward | Date Created: 9/1/2010 |
| Case: 10−37319 | Form ID: b9f | Total: 138 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
16022254    RLW Protective Life
                                                                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Midwest Banc Holdings, Inc.        54 South Washington Street        Suite 1        Hinsdale, IL 60521−4161
aty         Joel D Nesset        333 South Seventh Street        Suite 2000        Minneapolis, MN 55402
aty         Thomas G Wallrich        Hinshaw &Culbertson LLP        333 south Seventh Street        Suite 2000        Minneapolis, MN 55402
aty         William J Connelly        Hinshaw &Culbertson LLP        222 N Lasalle St        Suite 300        Chicago, IL 60601
16022155    ACE American Insurance Co.        525 West Monroe Street        Suite 400        Chicago, IL 60661
16022156    ADP, Inc.        060 − ADP Chicago        1851 North Resler Drive        El Paso, TX 79912
16022157    Alberto Paracchini        1282 Forest Glen St.        Winnetka, IL 60093
16022158    Alesco Preferred Funding IV, Ltd.        Walker House, Mary Street        P.O. Box 908GT George Town        Grand Cayman, Cayman Islands
16022159    Andrew Kowalski        595 S. Hawthorne        Elmhurst, IL 60126
16022160    Andrew Schaefer        41 W 170 Hearthstone Court        Saint Charles, IL 60175
16022161    AppRiver, LLC        1101 Gulf Breeze Parkway        Suite 200        Gulf Breeze, FL 32561−4858
16022171    BVS Performance Systems        4060 Glass Rd. NE        Cedar Rapids, IA 52402
16022162    Barry I. Forrester        11 N. Vine Street        Hinsdale, IL 60521−3314
16022163    Bowne of Chicago, Inc.        75 Remittance Drive        Suite 6495        Chicago, IL 60675−6495
16022164    Box.net, Inc.        409 Sherman Avenue        Palo Alto, CA 94306
16022165    Brad A. Luecke        5146 Belden Avenue        Apt. B2        Downers Grove, IL 60515
16022166    Brian Goebbert        5107 Hawkwood        Carpentersville, IL 60110
16022167    Broadridge        P.O. Box 23487        Newark, NJ 07189
16022168    Bruno Costa        801 S. Knight Ave.        Park Ridge, IL 60068−4440
16022169    Business Wire        161 North Clark Street        Suite 3500        Chicago, IL 60601
16022170    Business Wire, Inc.        Department 34182        P.O. Box 39000        San Francisco, CA 94139
16022177    CSC        3170 Fairview Park Drive        Falls Church, VA 22042
16022178    CT Corporation System        208 S. LaSalle Street        Suite 814        Chicago, IL 60604
16022179    CUSIP Service Bureau        Standard &Poor's        P.O. Box 19140A        Newark, NJ 07195−0140
16022172    Camille Segreti        29 W734 Waynewood Drive        West Chicago, IL 60185
16022173    Christopher Ebert        2151 Pioneer Road        Evanston, IL 60201
16022174    Christopher Rudolph        6537 Pine Hollow        Carpentersville, IL 60110
16022175    Computershare, Inc.        4229 Collection Centre Drive        Chicago, IL 60693
16022176    Crowe Horwath LLP        P.O. Box 3697        Oak Brook, IL 60522−3697
16022180    Daniel J. Edelman, Inc.        200 East Randolph Street        63rd Floor        Chicago, IL 60601
16022181    Darrin Bacon        3032 Brossman Street        Naperville, IL 60564
16022182    David Lindgren        743 Whitegate Court        Mount Prospect, IL 60056
16022183    David Natzke        26639 Longmeadow Circle        Mundelein, IL 60060
16022184    David Peck        1301 Brighton Drive        Wheaton, IL 60189
16022185    David Taylor        639 S. Bodin Street        Hinsdale, IL 60521
16022186    Debora A. Petrungaro        2505 N. 77th Court        Elmwood Park, IL 60707−2525
16022187    Delaware Secretary of State        The Corporation Trust Co.        1209 Orange Street        Wilmington, DE 19801
16022188    Dennis Motyka        14215 Hempstead Drive        Orland Park, IL 60462−2980
16022189    Deutsche Bank Trust Company        Delaware        1011 Centre Road, 2nd Floor        Wilmington, DE 19805
16022190    E.V. Silveri        7366 Lake Street        Unit C        River Forest, IL 60305−2262
16022191    Executive Benefits Solutions        6775 Cahill Avenue, Suite 200        Valley Park Professional Center        Inver Grove Heights, MN 55076−2069
16022192    FDIC as Receiver for        Midwest Bank &Trust Company        3501 N. Fairfax Drive        Arlington, VA 22226
16022193    FedEx        P.O. Box 94515        Palatine, IL 60094−4515
16022194    Fidelity &Deposit Insurance        Co. of Maryland        1400 American Lane        Schaumburg, IL 60196−5452
16022195    Financial Reporting Advisors        100 North LaSalle Street        Suite 2215        Chicago, IL 60602
16022196    First Tennessee Bank Nat'l Assoc.        845 Crossover Lane, Suite 150        Memphis, TN 38117
16022197    Foliofn Investments, Inc.        8180 Greensboro Drive        8th Floor        Mc Lean, VA 22102
16022198    Fox−Pitt Kelton Cochran Caronia        Waller        420 5th Avenue, Floor 5        New York, NY 10018−0941
16022199    Georgeson Inc.        36758 Treasury Center        Chicago, IL 60694−6700
16022200    Gerald F. Hartley        720 Waterford Drive        No. 201        Naples, FL 34113
16022201    Harland Financial Solutions        605 Crescent Executive Court        Suite 600        Lake Mary, FL 32746
16022202    Harris, N.A.        50 S. Lincoln Avenue        Hinsdale, IL 60521
16022203    IBM Internet Security Systems        1 New Orchard Road        Armonk, NY 10504−1722
16022207    INVeShare, Inc.        3060 Royal Blvd. South        Suite 235        Alpharetta, GA 30022
16022209    IST, Inc.        218 W. Carmen Lane        Suite 208        Santa Maria, CA 93458
16022204    Ice Systems, Inc.        d/b/a Proxytrust        100 Patco Court, Suite 9        Islandia, NY 11749−1522

```
16022205    Illinois Stock Transfer Co.        209 W. Jackson Blvd.       Suite 903        Chicago, IL 60606
16022206    Illinois Stock Transfer Company        209 West Jackson Boulevard       Suite 903        Chicago, IL 60606
16022208    Iron Mountain Incorporated        745 Atlantic Avenue        Boston, MA 02111
16022210    J.J. Fritz        659 Aberdeen Road        Inverness, IL 60067
16022211    James Giancola        1411 Park Avenue        River Forest, IL 60305
16022212    James Nickels        7410 W. North Avenue        Apt. 803        Elmwood Park, IL 60707–4259
16022213    Jan Thiry        1 Oak Brook Club Drive        A202        Oak Brook, IL 60523
16022214    JoAnn Lilek        30 Pine Avenue        La Grange Park, IL 60526
16022215    John Budziak        1130 Norwalk Road        Lemont, IL 60439
16022216    John Eilering        302S Lancaster        Mount Prospect, IL 60056
16022217    John Lambert        50 S. Suffolk        Lake Forest, IL 60045
16022218    John Pelling III        600 N. Kingsbury        #1612        Chicago, IL 60654
16022219    Jon Spoerry        2864 Greenwood Avenue        Highland Park, IL 60035
16022220    Jonathan Gilfillan        214 N. Myrtle Avenue        Elmhurst, IL 60126
16022221    July Business Services        30 South Wacker Drive        22nd Floor        Chicago, IL 60606
16022222    Karen G. DeBoer        26 Blaine Avenue        Hinsdale, IL 60521
16022223    Keefe Bruyette &Woods        10 South Wacker Drive        Chicago, IL 60606–7420
16022224    Kenneth J. Velo        125 S. Green Street        Apt. 609A        Chicago, IL 60607–3715
16022225    Kevin Copeland        1147 Lilyfield Lane        Bolingbrook, IL 60440
16022226    Lloyd's of London        One Lime Street        London, UK EC3M 7HA
16022227    Lumigent Technologies        289 Great Road        Acton, MA 01720
16022228    MIMarshall &Ilsley Bank        770 North Water Street        Milwaukee, WI 53202
16022234    MBHI Capital Trust III        Deutsche Bank Trust Co. Delaware        in its capacity as Trustee        1011 Centre
            Road, 2nd Floor        Wilmington, DE 19805
16022233    MBHI Capital Trust III        c/o Deutsche Bank Trust Co. Delaware        in its capacity as trustee        1011 Centre
            Road, 2nd Floor        Wilmington, DE 19805
16022235    MBHI Capital Trust IV        c/o Wilmington Trust Company in its        capacity as trustee        Rodney Square N.
            1100 N.Market St.        Wilmington, DE 19890–0001
16022237    MBHI Capital Trust V        c/o Wilmington Trust Company as trustee        Rodney Square N.        1100 N. Market
            Street        Wilmington, DE 19890–0001
16022236    MBHI Capital Trust V        c/o Wilmington Trust Company in its        capacity as trustee        Rodney Square
            N.,1100 N. Market St.        Wilmington, DE 19890–0001
16022229    Mari Uribarri        409 50th Place        Western Springs, IL 60558
16022230    Mary Ceas        125 Lakeview Dr., Unit 705        Bloomingdale, IL 60108–1284
16022231    Mary Lastrapes        1208 D South Federal Street        Chicago, IL 60605
16022232    Maryann Penczak        51 Old Oak Drive        #210        Buffalo Grove, IL 60089–3642
16022238    Mediant Communications LLC        P.O. Box 542        Saddle Brook, NJ 07663
16022239    Merrill Lynch International        250 Vesey Street        New York, NY 10080
16022240    Michelle Holman        1183 Harwich Drive        Carol Stream, IL 60188
16022241    Microsoft Licensing, GP        6100 Neil Road        Suite 100        Reno, NV 89511
16022242    Midwest Bank &Trust        1606 North Harlem Avenue        Elmwood Park, IL 60707
16022243    Morrow &Company LLC        421 East Third Street N.        Wichita, KS 67202
16022244    NASDAQ        One Liberty Plaza        165 Broadway        New York, NY 10006
16022245    NetIQ Corporation        Arboretum Lakes II        901 Warrenville Rd., #115        Lisle, IL 60532
16022246    Northwest Suburban Capital Trust I        c/o Chase Manhattan Bank USA Nat'l        Assoc. in its capacity as
            trustee        600 Travis St., 50th Floor        Houston, TX 77002
16022247    Northwest Surburban Capital Trust I        c/o Chase Manhattan Bank USA Nat'l        Assoc. in its capacity as
            trustee        600 Travis St., 50th Floor        Houston, TX 77002
16022248    Percy L. Berger        140 Dempster Street        Evanston, IL 60202–1405
16022249    PrecisionIR, Inc.        Lockbox 7391        P.O. Box 8500        Philadelphia, PA 19178–7391
16022250    Proformance        2170 Buckthorne        Suite 100        The Woodlands, TX 77380
16022251    Quick Delivery Service, Inc.        632 Pratt Avenue N.        Schaumburg, IL 60193
16022253    RLI Insurance Company        Suite 350, Congress Center        525 West Van Buren Street        Chicago, IL
            60607
16022252    Retirement Solutions Advisors        Inc.        410 W. Grand Avenue        Chicago, IL 60654
16022255    Robert Fliss        4113 Stableford Lane        Naperville, IL 60564
16022256    Robert J. Genetski        107 Park Street        Saugatuck, MI 49453–9600
16022257    Robert L. Woods        5N454 Neva Terrace        Itasca, IL 60143–2443
16022258    Robert Romano        425 S Clifton        Park Ridge, IL 60068
16022259    Roberto R. Herencia        3311 Winchester Lane        Glenview, IL 60026–5750
16022260    Royal Capital Trust I        c/o Chase Manhattan Bank USA, National        Assoc. in its capacity as trustee        500
            Stanton Christiana Rd. FL3/OPS4        Newark, DE 19713
16022261    SCB Forums LTD        7210 41st Avenue        Flushing, NY 11377–3056
16022265    SNL Financial        One SNL Plaza        Charlottesville, VA 22902
16022262    Scottsdale Insurance Company        8877 N. Gainey Center Drive        Scottsdale, AZ 85258
16022263    Sheldon Bernstein        7400 W. Lawrence Avenue        #231        Harwood Heights, IL 60706
16022266    St. Paul Mercury Insurance Co.        385 Washington Street        Saint Paul, MN 55102
16022267    St. Paul Travelers        One Tower Square, 2MS        Hartford, CT 06183
16022268    Stephen Eastwood        1155 W. Armitage Ave., Apt. 603        Chicago, IL 60614–4053
16022269    Steven Markovits        2804 Briarwood        Arlington Heights, IL 60005
16022270    Stifel Nicolaus &Company Inc.        501 N. Broadway        Saint Louis, MO 63102
16022271    Susan Moll        2015 N. Halsted Street        Unit A        Chicago, IL 60614–4368
16022272    Symantec        350 Ellis Street        Mountain View, CA 94043
16022273    The Nasdaq Stock Market LLC        Lockbox 20200, P.O. Box 8500        Philadelphia, PA 19178–0200
16022274    Thomas Caravello        1017 S. Grace Drive        Mount Prospect, IL 60056
16022275    Thomas Hackett        8313 Mendingwall Drive        Woodridge, IL 60517
16022276    Thomas J. Bell, III        17126 S. McKenna Drive        Plainfield, IL 60586–8695
16022277    Thomas Jalette        7505 Florence Avenue        Downers Grove, IL 60516
```

| | | | | |
|---|---|---|---|---|
| 16022278 | Thomson Reuters Boardlink | 3 Times Square | New York, NY 10036 | |
| 16022279 | Towers Perrin Forster &Crosby Inc. | 875 Third Avenue | New York, NY 10022 | |
| 16022280 | Towers Watson Pennsylvania Inc | P.O. Box 8500 | S−6110 | Philadelphia, PA 19178−6110 |
| 16022281 | Travelers Insurance | One Tower Square, 2MS | Hartford, CT 06183 | |
| 16022282 | U.S. Specialty Insurance Co. | 13403 Northwest Freeway | Houston, TX 77040 | |
| 16022283 | United States Department of | Treasury | 1500 Pennsylvania Ave. NW | Washington, DC 20220 |
| 16022284 | Westchester Fire Insurance Co. | 1325 Avenue of the Americas | New York, NY 10019 | |
| 16022285 | Westlaw Business Services | 610 Opperman Drive | P.O. Box 64833 | Saint Paul, MN 55164−1803 |
| 16022286 | Wilmington Trust Company | Rodney Square North | 1100 North Market Street | Wilmington, DE 19890−0001 |
| 16022287 | XL Specialty Insurance Co. | 190 South LaSalle Street | Suite 950 | Chicago, IL 60603 |
| 16022288 | Zurich American Insurance Co. | 1400 American Lane | Schaumburg, IL 60196 | |
| 16022264 | smarsh | 921 SW Washington St. | Suite 540 | Portland, OR 97205 |

TOTAL: 137