UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-37319 |
| | ) | |
| MIDWEST BANC HOLDINGS, INC., | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**Order Granting First Interim Fee Application of Freeborn & Peters LLP
as Counsel to the Official Committee of Unsecured Creditors**

Upon consideration of the First Interim Fee Application of Freeborn & Peters LLP as counsel to the Official Committee of Unsecured Creditors, the court having reviewed the Application and Supplement, IT IS HEREBY ORDERED:

A. The Application is granted in part as follows:

B. Richard S. Lauter is awarded compensation in the amount of $188,262.45 and reimbursement of expenses in the reduced amount of $709.35 as chapter 11 administrative expenses of the debtor's estate pursuant to sections 503(b) and 507(a)(1) of title 11 of the United States Code.

C. Debtor is authorized to pay to Mr. Lauter these amounts representing all unpaid, non-deferred amounts owed on account of the application.

Enter:

*[signature]*
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 09 FEB 2011

Rev: 20101008_bko