## EXHIBIT A

## SUMMARY OF HOURS BILLED BY ATTORNEYS AND PARAPROFESSIONALS FOR THE FEE PERIOD

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas M. Hamilton, Jr. | Partner | 1971 | Insurance | $330.00 | 2.0 | $660.00 |
| Steven H. Silton | Partner | 1995 | Bankruptcy & Creditors' Rights | $385.00 | 12.0 | $4,620.00 |
| Thomas G. Wallrich | Partner | 1990 | Bankruptcy & Creditors' Rights | $425.00 | 46.5 | $19,762.50 |
| | | | | $435.00 | 75.5 | $32,842.50 |
| Joel D. Nesset | Associate | 2000 | Bankruptcy & Creditors' Rights | $245.00 | 133.0 | $32,585.00 |
| Jamie R. Pierce | Associate | 2000 | Bankruptcy & Creditors' Rights | $235.00 | 2.3 | $540.50 |
| Kent J. Cummings | Partner | 1993 | Insurance | $290.00 | 1.4 | $406.00 |
| Timothy M. Sullivan | Partner | 1975 | Business & Commercial Transactions | $400.00 | 9.4 | $3,760.00 |
| William J. Connelly | Partner | 1983 | Bankruptcy & Creditors' Rights | $430.00 | 14.0 | $6,020.00 |
| | | | | $425.00 | 12.2 | $5,185.00 |
| Fritz K. Huszagh | Partner | 1981 | Insurance | $375.00 | 0.3 | $112.50 |
| Frank M. Ward, III | Associate | 2010 | Insurance | $210.00 | 1.9 | $399.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Elizabeth H. Earl | Associate | 2007 | Employee Benefits | $190.00 | 11.95 | $2,270.50 |
| | | | | $265.00 | 15.25 | $4,041.25 |
| Carol Proctor | Partner | 1985 | Insurance | $330.00 | 1.7 | $561.00 |
| James D. Harbert | Partner | 1979 | Employee Benefits | $499.00 | 24.2 | $12,075.80 |

| Paraprofessional | Position with the Applicant | Number of Years in the Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy E. Kulbeik | Paralegal | 3 Years | Bankruptcy | $110.00 | 82.6 | $9,086.00 |
| Joanne Pepe | Paralegal | 5 Years | Litigation | $125.00 | .40 | $50.00 |
| Virginia Brown | | | | $100.00 | .40 | $40.00 |

121275649v2  0913730  54169

# EXHIBIT B – TIME RECORDS

## MATTER 1 – CHAPTER 11 BANKRUPTCY FILING

11/17/2010          Kulbeik, Amy E.          3.00 @ $110.00 $330.00

Review and revise motion for bar date (1.0); prepare notice of motion (0.1); review judge's calendar re hearing (0.1); prepare order for motion (0.1); telephone conference with court re filing order (0.2); prepare service letter for motion (0.1); conference with J. Nesset re motion (0.1); prepare proof of service and service list for motion (0.4); exchange e-mails with J. Nesset re address for debtor (0.1); review rules re order (0.2); exchange emails with J. Nesset re trustee's and service for motion (0.1); exchange e-mails with J. Nesset re contacts (0.1); receipt and review e-mail from T. Wallrich re fee application (0.1); prepare e-mail to W. Connelly re filing of motion (0.1); serve and electronically file motion for bar date (0.2)

11/18/2010          Kulbeik, Amy E.          3.20 @ $110.00 $352.00

Exchange e-mails with J. Nesset re amended order and motion (0.1); revise order (0.3); revise exhibit to bar date motion (0.8); review motion (0.4); review bankruptcy court docket re filed pleadings (0.3); prepare application for fees (1.1); exchange e-mails with T. Sullivan and group re fee application and fees (0.1); receipt and review e-mail from G. Salmeron re invoice (0.1)

11/19/2010          Kulbeik, Amy E.          3.60 @ $110.00 $396.00

Telephone conference with court re amended exhibit and notice (0.2); conference with T. Wallrich  re fee application (0.2); review and revise order and notice (0.2); prepare service letter of amended notice and order (0.1); prepare proof of service for amended notice and order (0.2); prepare fee application (2.2); receipt and review e-mail from J. Nesset re e-mail to U.S. Trustee (0.1); exchange e-mails with J. Nesset re service of amended notice and order (0.1); exchange emails with J. Karasch re fees (0.2); receipt and review e-mail from J. Harbert re fees (0.1)

11/22/2010          Kulbeik, Amy E.          4.30 @ $110.00 $473.00

Receipt and review e-mail from T. Wallrich re status of fee application (0.1); exchange e-mails  with J. Nesset re monthly operating report (0.1); prepare service letter of monthly operating report (0.2); prepare proof of service for service of monthly operating report (0.2); prepare application for fees (3.3); serve and electronically file monthly operating report with bankruptcy court (0.4)

12/01/2010          Kulbeik, Amy E.          2.40 @ $110.00 $264.00

Receipt and review e-mail from J. Nesset re letter to Plaintiff's counsel re bankruptcy (0.1); prepare correspondence to M. Petrolis re bankruptcy filing (0.3); exchange emails with J. Nesset and L. Swanson re letter (0.1); prepare service letter of order setting claim date (0.1); prepare proof of service for order setting claim date (0.5); exchange emails with J. Nesset re service of order on all creditors (0.2); serve order on all creditors (0.6); electronically file proof of service with Bankruptcy Court (0.1); review fee application (0.4); prepare email to J. Nesset and T. Wallrich re fee application

12/08/2010          Kulbeik, Amy E.          1.30 @ $110.00 $143.00

Exchange e-mails with J. Nesset re cover sheet (0.1); electronically file application with  bankruptcy court (0.1); electronically file proof of service with bankruptcy court (0.1); conference with L. Swanson re service (0.2); exchange e-mails with L. Swanson re service (0.1); exchange emails with T. Wallrich re status (0.1); review fee application (0.5); prepare email to W. Connelly re hearing (0.1)

12/15/2010          Kulbeik, Amy E.          2.50 @ $110.00 $275.00

Prepare motion to use insurance coverage (2.2); update service list (0.2); prepare e-mail to T. Wallrich  and J. Nesset re draft motion (0.1)

12/17/2010          Connelly, William J.          0.60 @ $425.00 $255.00

Update notice and service lists

12/28/2010          Kulbeik, Amy E.          1.00 @ $110.00 $110.00

Review case docket (0.4); review rules re plan and disclosure statement (0.6)

### TOTAL MATTER 1 -                    21.9 HOURS  $2,598.00

## MATTER 2 – EMPLOYEE BENEFIT MATTERS

11/16/2010          Harbert, James D.          .80 @ $499.00 $399.20

Review of coverage determination of U.S. Specialty and analysis of insurance policy provisions regarding same

11/18/2010          Proctor, Carol          .30 @ $330.00 $99.00

Analysis of potential for insurance coverage of DOL investigation under U.S. Specialty policy

11/18/2010          Proctor, Carol          .40 @ $330.00 $132.00

Review case law interpreting regulatory exclusions in insurance policy

11/18/2010          Ward III, Frank M.          1.9 @ $210.00 $399.00

Legal research of multiple jurisdictions to locate authority concerning interpretations of regulatory exclusions in insurance policies

11/18/2010          Harbert, James D.          .50 @ $499.00 $249.50

Discussion with C. Proctor regarding response to U.S. Speciality

11/19/2010          Proctor, Carol          .70 @ $330.00 $231.00

Continued research of law regarding regulatory policy exclusion

11/19/2010          Proctor, Carol          .30 @ $330.00 $99.00

Consultation with J. Harbert regarding insurance coverage issues for DOL investigation

11/19/2010          Harbert, James D.          .50 @ $499.00 $249.50

Analysis regarding coverage decision of U.S. Specialty (0.2); consultation with C. Proctor regarding argument as to "illusory coverage" (0.3)

11/22/2010          Huszagh, Fritz K.          .30 @ $375.0010 $112.50

Analysis of possible right of recovery from insurer for DOL investigation
11/22/2010          Harbert, James D.          .50 @ $499.00 $249.50

4

Begin work on letter to U.S. specialty contesting coverage denial

| 11/30/2010 | Harbert, James D. | .10 @ $499.00 $49.90 |

Work on response to U.S. Specialty regarding coverage denial

| 11/30/10 | Hamilton, Jr., Thomas M. | 2.0 @ $330.00 $660.00 |

Review insurer denial correspondence and draft response

| 12/01/2010 | Harbert, James D. | 1.50 @ $499.00 $748.50 |

Fiduciary Insurance: work on draft response to U.S. Specialty regarding contesting its determination of no coverage

| 12/01/2010 | Cummings, Kent J. | 1.40 @ $290.00 $406.00 |

Review policy materials in connection with insurer declinations and consider issues to be raised in responsive correspondence

| 12/03/2010 | Harbert, James D. | 0.20 @ $499.00 $99.80 |

Consultation with T. Hamilton regarding response to U.S. Specialty regarding position on Fiduciary insurance

| 1/7/2011 | Earl, Elizabeth H. | 3.50 @ $265.00 $927.50 |

Discussion of next steps with J. Harbert; telephone conference with Department of Labor investigator; drafting of next steps memo

| 1/10/2011 | Earl, Elizabeth H. | 1.00 @ $265.00 $265.00 |

Review revenue sharing rules; telephone conference with D. Jackson and B. Willis

| 1/11/2011 | Earl, Elizabeth H. | 0.50 @ $265.00 $132.50 |

Gathering information concerning earnings and calculations from July services; email to D. Jackson at Wilmington Trust Bank

| 1/12/2011 | Earl, Elizabeth H. | 1.00 @ $265.00 $265.00 |

Office conference with J. Harbert, J. Ceas, Robert Herencia regarding wrapping up of Midwest Bank 401(k)

| 1/12/1011 | Harbert, James D. | 1.30 @ $499.00 $648.70 |

Discussion with M. Ceas regarding July services fees, and status of winding up of plan resolutions and file memo (0.4); consultations with J. Nesset with E. Earl regarding obtaining estimates of fees from third parties for wind up (0.3); discussion with R. Herencia regarding status of winding up and approval of M. Ceas fees, and file memo (0.4); review file for insurers' responses (0.2)

| 1/13/2011 | Harbert, James D. | 0.50 @ $499.00 $249.50 |

Prepare email to B. Willis communicating R. Herencia's direction to pay M. Ceas invoices from plan assets and review of plan document provisions pertaining to same (0.5)

| 1/19/2011 | Earl, Elizabeth H. | 0.50 @ $265.00 $132.50 |

121275649v2  0913730  54169

Working on drafting an estimate of fees to be incurred by Midwest Bank's 401(k) plan going forward prior to termination; telephone conference with D. Jackson regarding same

| | | |
|---|---|---|
| 1/20/2011 | Earl, Elizabeth H. | 0.75 @ $265.00 $198.75 |

Discussion with J. Harbert regarding next steps; began drafting fee estimates and time line for future months prior to

| | | |
|---|---|---|
| 1/20/2011 | Harbert, James D. | 0.20 @ $499.00 $99.80 |

Consultations with E. Earl regarding tasks for wind up of plan

| | | |
|---|---|---|
| 1/21/2011 | Earl, Elizabeth H. | 1.20 @ $265.00 $318.00 |

Searched for updated addresses for 401(k) participants; consultation with J. Harbert regarding completion of tasks for plan windup

| | | |
|---|---|---|
| 1/21/2011 | Harbert, James D. | 0.30 @ $499.00 $149.70 |

Consultation with E. Earl regarding completion of tasks for windup of plan

| | | |
|---|---|---|
| 1/21/2011 | Brown, Virginia | 0.20 @ $100.00 $20.00 |

Accurint search for E. Earl

| | | |
|---|---|---|
| 1/24/2011 | Earl, Elizabeth H. | 0.50 @ $265.00 $132.50 |

Discussion of next steps in winding down plan with J. Harbert; telephone call to Lasalle Process Services to obtain addresses for unknown participants

| | | |
|---|---|---|
| 1/25/2011 | Earl, Elizabeth H. | 0.10 @ $265.00 $26.50 |

Telephone conference with M. Ceas and J. Harbert

### **TOTAL MATTER 2 -** **22.95 HOURS** **$ 7,750.35**

### **MATTER 3 – GENERAL CASE ADMINISTRATION**

| | | |
|---|---|---|
| 11/16/2010 | Nesset, Joel D. | 1.90 @ $245.00 $465.50 |

Attend telephonic meeting of Board of Directors (0.8); correspondence with B. Forrester re administrative expense issues and revisions to monthly operating report (0.4); telephone conferences with G. Silver, R. Lauter re motion for bar date (0.7)

| | | |
|---|---|---|
| 11/17/2010 | Nesset, Joel D. | 0.70 @ $245.00 $171.50 |

Draft letter to Metlife re status of Luecke annuity contract (0.3); correspondence with B. Forrester re same (0.2); file motion re bar date (0.2)

| | | |
|---|---|---|
| 11/19/2010 | Nesset, Joel D. | 0.40 @ $245.00 $98.00 |

Correspondence with U.S. Trustee's office re case status, motion for bar date (0.2); review draft of amended order (0.1); correspondence re committee phone conference (0.1)

121275649v2  0913730  54169

| 11/23/2010 | Nesset Joel D. | 0.40 @ $245.00 $98.00 |

Correspondence re Metlife annuity payments

| 11/24/2010 | Connelly, William J. | 0.80 @ $425.00 $340.00 |

Update and review Bankruptcy Court dockets and claims register

| 11/30/2010 | Nesset, Joel D. | 0.90 @ $245.00 $220.50 |

Review order re fee applications and draft application (0.1); correspondence re same (0.3); correspondence re FDIC document requests (0.5)

| 12/01/2010 | Nesset, Joel D. | 1.60 @ $245.00 $392.00 |

Telephone conference with counsel for FDIC (0.4); draft letter to FirstMerit re North Roselle property rent (0.3); draft letter to Plaintiff's counsel in Caboose v. Midwest Action re Automatic Stay (0.2); correspondence with committee re FDIC issues (0.7)

| 12/03/2010 | Nesset, Joel D. | 2.80 @ $245.00 $686.00 |

Review and draft revisions to fee application (1.3); review applicable rules, orders, and U.S. Trustee guidelines (0.4); correspondence with R. Herencia, B. Forrester, and G. Hartley re Committee issues (0.4); telephone conference with Great Lakes Capital Fund agent (0.3); telephone conference with B. Forrester re tax obligations (0.4)

| 12/06/2010 | Nesset, Joel D. | 1.20 @ $245.00 $294.00 |

Correspondence with Committee Counsel re FDIC issues (0.4); review applicable case law (0.5); telephone conference with attorney for FirstMerit re North Roselle property (0.3)

| 12/07/2010 | Nesset, Joel D. | 0.60 @ $245.00 $147.00 |

Telephone conferences with various creditors re notice of bar date (x4)

| 12/08/2010 | Nesset, Joel D. | 0.40 @ $245.00 $98.00 |

Review procedures re fee applications (0.2); correspondence with R. Herencia re same (0.2)

| 12/09/2010 | Kulbeik, Amy E. | 0.80 @ $110.00 $88.00 |

Receipt and review e-mail from W. Connelly re hearing (0.1); receipt and review e-mail from T. Wallrich re same (0.1); review filed fee application (0.4); organize file materials (0.2)

| 12/14/2010 | Kulbeik, Amy E. | 2.40 @ $110.00 $264.00 |

Receive voicemail from J. Nesset re e notice (0.1); telephone conferences with Court re notice (0.1); telephone conference with J. Nesset re status (0.2); exchange e-mails with W. Connelly, J. Audette, J. Nesset and T. Wallrich re notice (0.2); receipt and review e-mail from J. Nesset re revisions to next fee application (0.1); prepare second amended notice (0.3); review rules re procedures (0.6); prepare motion seeking approval of use of property outside course of business (0.8)

| 12/14/2010 | Nesset, Joel D. | 0.60 @ $245.00 $147.00 |

Telephone conference with B. Forrester re FDIC document requests (0.2); correspondence and telephone conference with attorney for FDIC re tax issues (0.4)

121275649v2 0913730 54169

| 12/16/2010 | Kulbeik, Amy E. | 1.40 @ $110.00 $154.00 |

Receipt and review e-mail from T. Wallrich re fees and notice (0.1); prepare e-mail to J. Nesset re same (0.1); review and revise motion to use insurance coverage (1.2)

| 12/16/2010 | Nesset, Joel D. | 0.40 @ $245.00 $98.00 |

Telephone conference with M. Franzen (dol investigator) (0.2); correspondence re tax returns and FDIC (0.2)

| 12/16/2010 | Connelly, William J. | 1.10 @ $425.00 $467.50 |

Follow-up regarding plan, disclosure and fee application issues.

| 12/21/2010 | Kulbeik, Amy E. | 2.00 @ $110.00 $220.00 |

Receipt and review e-mail from J. Nesset re monthly operating report (0.1); prepare monthly operating report for filing (0.4); electronically file monthly operating report with bankruptcy court (0.4); prepare email to J. Nesset re monthly operating report (0.1); review bankruptcy docket (0.4); review rules re procedures for plan and disclosure statement (0.6)

| 12/21/2010 | Nesset, Joel D. | 0.60 @ $245.00 $147.00 |

Telephone conference with B. Forrester re mail delivery (0.3); correspondence with R. Herencia and U.S. Trustee's office re monthly operating report (0.3)

| 12/22/2010 | Kulbeik, Amy E. | 1.30 @ $110.00 $143.00 |

Review bankruptcy docket (0.6); pacer research re case status (0.5); review plan and disclosure statement (0.2)

| 12/22/2010 | Nesset, Joel D. | 2.10 @ $245.00 $514.50 |

Correspondence re Computershares contract (0.6); correspondence with G. Hartley re tax returns (0.7); correspondence with R. Lauter re terms of retention of directors, FDIC issues, and North Roselle property (0.8)

| 12/22/2010 | Wallrich, Thomas G. | 4.00 @ $435.00 $1,740.00 |

Continue work on FDIC claim issues (2.8); review and edit same (0.4); perform legal research re same (0.8)

| 12/23/2010 | Kulbeik, Amy E. | 2.50 @ $110.00 $275.00 |

Exchange e-mails with J. Nesset re plan and disclosure statement (0.8); exchange e-mails with J. Nesset re ECF notices and status (1.2); telephone conferences with court re ECF notices (0.5)

| 12/23/2010 | Nesset, Joel D. | 2.80 @ $245.00 $686.00 |

Conduct legal research re obligations of debtor in possession re tax returns for formerly consolidated group (1.2); correspondence with M&I re FDIC issues (review and forward relevant agreements and sec filings) (0.8); telephone conference with creditor re notice of bar date (0.4); receipt and review of correspondence re doc survey (0.4)

| 12/28/2010 | Nesset, Joel D. | 0.60 @ $245.00 $147.00 |

Correspondence re Illinois audit and related issues (0.2); review cases related to automatic stay, potential applicability to audit of former subsidiary (0.4)

121275649v2  0913730  54169

12/29/2010          Nesset, Joel D.          4.40 @ $245.00 $1,078.00

Telephone conference with B. Forrester re change in terms of dip account, plan, FDIC issues, and tax matters (0.4); review correspondence (0.4); review cases under section 345 (2.1); review creditor trust agreement (1.5)

12/30/2010          Nesset, Joel D.          0.80 @ $245.00 $196.00

Review agreement re Illinois audit (0.3); correspondence re same (0.3); review claims register (0.2)

12/31/2010          Wallrich, Thomas G.          3.50 @ $435.00 $1,522.50

Continue work on motion regarding solicitation process

1/3/2011          Kulbeik, Amy E.          0.80 @ $110.00 $88.00

Receipt and review e-mail from U.S. Trustee's office re status (0.1); review bankruptcy docket re case status and deadlines (0.7)

1/03/2011          Nesset, Joel D.          0.40 @ $245.00 $98.00

Correspondence re status of insurance policies and related issues and employment of professionals

1/03/2011          Wallrich, Thomas G.          4.50 @ $425.00 $1,912.50

Work on consolidation motion regarding plan procedures and confirmation (3.5); analysis of UCC fee application (1.0)

1/04/2011          Kulbeik, Amy E.          0.60 @ $110.00 $66.00

Review bankruptcy docket (0.2); review motion (0.4)

1/04/2011          Nesset, Joel D.          0.90 @ $245.00 $220.50

Telephone conference with R. Herencia re M&I requests for information, Illinois audit, and Committee fee application (0.5); correspondence with M&I counsel (0.4)

1/6/2011          Kulbeik, Amy E.          0.80 @ $110.00 $88.00

Receipt and review e-mail from T. Wallrich re creditor (0.1); receipt and review e-mail from T. Wallrich re plan, disclosure statement and bankruptcy schedules (0.1); prepare email to D. Kerr re same (0.2); review docket re filed pleadings (0.4)

1/07/2011          Nesset, Joel D.          1.70 @ $245.00 $416.50

Correspondence with Crowe Horwath re retention; review cases dealing with flat fee payment terms (1.3); correspondence re employment of R. Herencia, role in case administration (0.4)

1/10/2011          Nesset, Joel D.          0.30 @ $245.00 $73.50

Correspondence with B. Forrester re M&I request for tax records

1/11/2011          Kulbeik, Amy E.          0.50 @ $110.00 $55.00

Receipt and review e-mail from J. Nesset re SEC notice (0.1); receipt and review e-mail from J. Nesset re amended plan and disclosure statement (0.1); review service lists (0.3)

| 1/11/2011 | Connelly, William J. | 0.50 @ $430.00 $215.00 |

Review and analysis of Committee's motion regarding joint solicitation

| 1/11/2011 | Connelly, William J. | 0.80 @ $430.00 $344.00 |

Evaluation of risks associated with 1.125 and joint solicitation motion

| 1/11/2011 | Connelly, William J. | 0.40 @ $430.00 $172.00 |

Telephone conference with Committee counsel and call to FDIC counsel (w/Committee counsel) regarding tomorrow's court hearing

| 1/12/2011 | Pierce, Jamie R. | 0.10 @ $235.00 $23.50 |

Conference with J. Nesset regarding motion to approve insurance payment

| 1/14/2011 | Wallrich, Thomas G. | 2.50 @ $425.00 $1,062.50 |

Work on motion regarding solicitation and disclosure procedures

| 1/20/2011 | Nesset, Joel D. | 0.70 @ $245.00 $171.50 |

Telephone conference and correspondence with Alsterda re North Roselle property and D&O claims (0.4); correspondence with R. Lauter re tax preparation, retention of Crowe Horwath (0.3)

| 1/27/2011 | Nesset, Joel D. | 0.80 @ $245.00 $196.00 |

Correspondence re 1099 issues (0.3); telephone conference with R. Lauter re plan issues, FDIC, and creditor trust agreement (0.5)

| 1/31/2011 | Wallrich, Thomas G. | 3.00 @ $425.00 $1,275.00 |

Continue analysis of trust documents and issues (1.5); analysis of proposed FDIC modifications (1.5)

## **TOTAL MATTER 3 -**          **62.3 HOURS $17,375.50**

## **MATTER 4 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| 11/18/2010 | Connelly, William J. | 0.30 @ $425.00 $127.50 |

Follow-up regarding pending claims bar date issues

| 12/23/2010 | Connelly, William J. | 0.60 @ $425.00 $255.00 |

Review and analysis of claims docket (preliminary)

| 1/05/2011 | Connelly, William J. | 0.70 @ $430.00 $301.00 |

Receipt and review e-mails from various creditors, including FOIA, regarding various administrative matters.

| 1/06/2011 | Connelly, William J. | 0.80 @ $430.00 $344.00 |

Communications from and with various creditors, claimants and counsel regarding case administration and status

| 1/07/2011 | Nesset, Joel D. | 1.30 @ $245.00 $318.50 |

Review claim register and draft objection to claims filed by equity holders

| 1/07/2011 | Wallrich, Thomas G. | 4.00 @ $425.00 $1,700.00 |

Work on FDIC issues (1.5); perform legal research re claim priority (0.5); perform legal research re procedural consolidation motion (1.0); perform legal research re claim objection (1.0)

| 1/10/2011 | Nesset, Joel D. | 2.60 @ $245.00 $637.00 |

Review claims and draft objection to shareholder claims

| 1/10/2011 | Wallrich, Thomas G. | 2.50 @ $425.00 $1,062.50 |

Work on claim objections

| 1/11/2011 | Nesset, Joel D. | 3.30 @ $245.00 $808.50 |

Draft objection to shareholder claims

| 1/11/2011 | Wallrich, Thomas G. | 4.00 @ $425.00 $1,700.00 |

Conference with S. Alsterda (0.8); conference with J. Nesset (0.5); work on FDIC issues (1.2); perform legal research re claims objections (1.5)

| 1/13/2011 | Kulbeik, Amy E. | 0.80 @ $110.00 $88.00 |

Exchange e-mails with J. Audette re fee application (0.1); review docket re same (0.4); exchange e-mails with J. Pierce re motion requirements (0.1); research re motion requirements (0.2)

| 1/13/2011 | Nesset, Joel D. | 1.30 @ $245.00 $318.50 |

Correspondence with attorneys for M&I re tax issues, forward documents (0.5); correspondence with J. Pierce re insurance motion (0.4); correspondence with Crowe Horwath re retention (0.4)

| 1/13/2011 | Pierce, Jamie R. | 2.20 @ $235.00 $517.00 |

Review demand letters to insurers and responses to same (0.4); draft motion to approve payments (1.4), conference with J. Nesset regarding same (0.4)

| 1/18/2011 | Wallrich, Thomas G. | 3.50 @ $425.00 $1,487.50 |

Prepare for and travel to Chicago (2.0); meeting with counsel regarding modifications to disclosure motion (1.5)

| 1/20/2011 | Wallrich, Thomas G. | 2.00 @ $425.00 $850.00 |

Work on FDIC issues, analysis of Roselle property claims (1.0); draft, review and revise supplement to fee application (1.0)

| 1/20/2011 | Sullivan, Timothy M. | 1.70 @ $400.00 $680.00 |

Attendance at meeting to discuss bankruptcy status (1.0); review of disclosure schedule (0.7)

121275649v2  0913730  54169

| 1/24/2011 | Nesset, Joel D. | 0.90 @ $245.00 $220.50 |

Correspondence with Committee Counsel re solicitation procedures (0.2); correspondence with Alsterda re North Roselle tax refund (0.1); telephone conference with B. Forrester re same, miscellaneous administrative issues (0.5); correspondence with R. Herencia re monthly operating report (0.1)

| 1/24/2011 | Wallrich, Thomas G. | 3.50 @ $425.00 $1,487.50 |

Review of correspondence re Roselle property (0.5); correspondence to Committee and M&I bank re solicitation procedures (0.5); review and analysis of plan terms re trustee (1.0); work on supplement to fee application (1.5)

| 1/24/2011 | Connelly, William J. | 1.50 @ $430.00 $645.00 |

Telephone calls and e-mails from and communications with various claimants, creditors, parties in interest and counsel regarding case administration and status

| 1/25/2011 | Kulbeik, Amy E. | 0.80 @ $110.00 $88.00 |

Exchange e-mails with T. Wallrich re continued hearing (0.1); research re hearing date (0.2); docket new hearing date (0.1); exchange e-mails with J. Nesset re monthly operating report (0.1); exchange e-mails with M. Pocock re monthly operating report (0.1); prepare monthly operating report for filing (0.1); electronically file monthly operating report with Bankruptcy Court (0.1)

| 1/25/2011 | Nesset, Joel D. | 0.50 @ $245.00 $122.50 |

Correspondence and telephone conferences with W. Connelly and R. Lauter re continuation of hearing on solicitation procedures motion, related issues

| 1/28/2011 | Connelly, William J. | 0.50 @ $430.00 $215.00 |

Receipt and review of M&I bank proof-of-claim

| 1/31/2011 | Nesset, Joel D. | 2.10 @ $245.00 $514.50 |

Review claim register (0.4); review and analyze FDIC claim (0.8); correspondence with B. Forrester, G. Hartley, and R. Herencia re basis of claim, statutory and regulatory authority (0.6); telephone conference with M. Turke re FDIC claim issues generally (0.3)

| 1/31/2011 | Nesset, Joel D. | 0.70 @ $245.00 $171.50 |

Telephone conference and correspondence re Great Lakes Capital Fund Capital call and value of fund interest to estate

**TOTAL MATTER 4 -**      **42.10 HOURS**    **$14,659.50**

## MATTER 5 – EMPLOYMENT OF PROFESSIONALS

| 1/05/2011 | Nesset, Joel D. | 0.70 @ $245.00 $171.50 |

Receipt and review of retainer agreement for accounting firm

| 1/11/2011 | Nesset, Joel D. | 0.40 @ $245.00 $98.00 |

Review cases re flat fee agreements under sections 327 and 328

121275649v2 0913730 54169

| 1/17/2011 | Nesset, Joel D. | 1.40 @ $245.00 $343.00 |

Review Crowe Horwath retention agreement (0.6); correspondence re same (0.3); correspondence with R. Herencia re board meeting and status of plan negotiations (0.5)

| 1/26/2011 | Kulbeik, Amy E. | 0.60 @ $110.00 $66.00 |

Review accountant information for application (0.2); review rules re service and filing (0.4)

| 1/27/2011 | Kulbeik, Amy E. | 1.50 @ $110.00 $165.00 |

Receipt and review e-mail from J. Nesset re accountant application to employ (0.1); review and revise application (0.9); review rules re contents (0.5)

| 1/27/2011 | Nesset, Joel D. | 1.30 @ $245.00 $318.50 |

Draft application to employ accountants

| 1/28/2011 | Kulbeik, Amy E. | 1.50 @ $110.00 $165.00 |

Review and revise application to employ accountant (1.2); conference with J. Nesset re application (0.1); prepare e-mail to J. Nesset re revisions (0.1); revise service list (0.1)

| 1/31/2011 | Kulbeik, Amy E. | 1.50 @ $110.00 $165.00 |

Revise accountant application (0.8); prepare proposed order (0.1); prepare email to client re application (0.1); prepare e-mail to accountant re declaration (0.1); prepare service letter for application (0.2); review rules re hearing (0.2)

### TOTAL MATTER 5 -                    8.9 HOURS   $ 1,492.00

## MATTER 6 – CORPORATE AND SECURITIES MATTERS

| 11/22/2010 | Sullivan, Timothy M. | 0.30 @ $400.00 $120.00 |

Review of D&O issues

| 11/29/2010 | Sullivan, Timothy M. | 0.90 @ $400.00 $360.00 |

Review of D&O issues re sharing of documents with officers and directors and providing copies of claim letters

| 11/30/2010 | Sullivan, Timothy M. | 0.90 @ $400.00 $360.00 |

Review of D&O issues (0.4); review of document requests (0.5)

| 12/01/2010 | Sullivan, Timothy M. | 0.60 @ $400.00 $240.00 |

Review of D&O questions re production of documents (0.3); review and respond to various emails re the same (0.3)

### TOTAL MATTER 6 -                    2.7 HOURS   $1,080.00

121275649v2 0913730 54169

## MATTER 7 – CREDITORS COMMUNICATIONS/NEGOTIATIONS

11/16/2010            Connelly, Wiliam J.            1.00 @ $425.00 $425.00

Investigation of certain claims and potential objections regarding same

## TOTAL MATTER 7 -                        1.0 HOURS   $425.00

## MATTER 8 – 401(K) PLAN – DEPARTMENT OF LABOR INVESTIGATION

11/16/2010            Earl, Elizabeth H.            2.80 @ $190.00 $532.00

Review and updating of M. Ceas interview notes and prepare for Department of Labor Interview (1.8); conference with J. Harbert and M. Ceas regarding upcoming DOL interview (1.0)

11/16/2010            Harbert, James D.            2.40 @ $499.00 $1,197.60

Review of additional documents to be produced to DOL and revise letter to DOL regarding same (0.7); discussion with DOL investigator M. Fransen regarding interview of M. Ceas (0.2); analysis regarding stock drop fiduciary case law (0.5); confer with M. Ceas in preparation for DOL interview (1.0)

                     Pepe, Joanne                .40 @ $125.00 $50.00

Compile set of production documents in hard copy format and prepare index of same for attorney review

11/16/2010            Brown, Virginia            .20 @ $100.00 $20.00

Research and document retrieval regarding historical MBHI stock quotes for E. Earl

11/29/2010            Earl, Elizabeth H.            .10 @ $190.00 $19.00

Email to M. Ceas regarding scheduling Department of Labor interview

11/29/2010            Harbert, James D.            .50 @ $499.00 $249.50

Discussion with DOL investigator M. Fransen regarding open items for production and upcoming interview of M. Ceas and file memo (0.2); review of recent case law regarding stock drop claims of breach of fiduciary Duty (0.3)

11/30/2010            Harbert, James D.            .20 @ $499.00 $99.80

Review email from M. Fransen of DOL regarding list of outstanding productions items

12/01/2010            Earl, Elizabeth H.            .30 @ $190.00 $57.00

Email and calls to M. Ceas with questions about July services and Department of Labor investigation

12/01/2010            Harbert, James D.            .20 @ $499.00 $99.80

Discussion with DOL investigator M. Fransen regarding his subpoena to July services and direction to E. Earl regarding same

121275649v2 0913730 54169

| 12/08/2010 | Earl, Elizabeth H. | 1.75 @ $190.00 $332.50 |

Preparation for department of labor Interview with M. Ceas by Department of Labor Investigator M. Fransen and review of previously provided documents

| 12/08/2010 | Harbert, James D. | 1.2 @ $499.00 $598.80 |

Review of list of outstanding items sought by Dol and prepare email to M. Ceas regarding same (0.2); conference call with M. Ceas in preparation for her interview with DOL investigator M. Fransen and file memo (0.7); direction to E. Earl regarding review of documents for certain items requested by DOL (0.3)

| 12/09/2010 | Earl, Elizabeth H. | 4.5 @ $190.00 $855.00 |

Preparation for Department of Labor interview with M. Ceas by Department of Labor investigator M. Fransen by reviewing provided documents for meeting minutes as to areas of Dol inquiry (2.3); attend interview of M. Ceas by Dol investigator (2.2)

| 12/09/2010 | Harbert, James D. | 3.4 @ $499.00 $1,696.60 |

Discussion with DOL investigator M. Fransen regarding status of remaining document production (0.2); review notes of interview of M. Ceas in preparation for interview by M. Fransen of DOL (0.4); meeting with M. Ceas before DOL interview (0.6); attend interview of M. Ceas by DOL investigator M. Fransen (2.2)

| 12/10/2010 | Harbert, James D. | .40 @ $499.00 $199.60 |

Discussion with DOL investigator M. Fransen regarding interview of T. Bell (0.2); discussion with M. Fransen regarding interview of J. Budziak (0.2)

| 12/13/2010 | Earl, Elizabeth H. | 1.5 @ $190.00 $285.00 |

Telephone call with M. Ceas (0.3); consultation with J. Harbert regarding next steps in Department of labor investigation (0.4); follow-up on completing production for DOL (1.1)

| 12/13/2010 | Harbert, James D. | 2.6 @ $499.00 $1,297.40 |

Review with E. Earl items remaining for production to DOL (0.4); email to T. Bell regarding DOL request for short interview and discussion with T. Bell regarding same (0.3); discussion with M. Fransen of DOL regarding interview with T. Bell and file memo (0.2); discussion with T. Bell regarding subject matter of interview and file memo (0.4); review notes of DOL interview of M. Ceas (0.2); discussion with T. Bell prior to interview and conference interview with T. Bell and M. Fransen of DOL and file memo (0.4); discussion with J. Lambert prior to interview by M. Fransen and file memo (0.3); telephone interview of J. Lambert by M. Fransen of DOL and file memo (0.4)

| 12/15/2010 | Earl, Elizabeth H. | .75 @ $190.00 $142.50 |

Draft letter to DOL investigator M. Fransen

| 12/15/2010 | Harbert, James D. | .30 @ $499.00 $149.70 |

Discussion with DOL investigator M. Fransen regarding selected items and file memo

| 12/17/2010 | Earl, Elizabeth H. | .25 @ $190.00 $47.50 |

Confer with J. Harbert and B. Willis of July services regarding DOL document requests

121275649v2 0913730 54169

| 12/17/2010 | Harbert, James D. | .80 @ $499.00 $399.20 |

Discussion with B. Willis of July services regarding his response to DOL subpoena, reserve account, and anticipated fees and file

| 1/07/2011 | Harbert, James D. | 2.00 @ $499.00 $998.00 |

Conferences with DOL investigator M. Fransen to discuss remaining open items and file memo (0.6); consultations with E. Earl to develop task list for completion of DOL investigation and needed information from Wilmington Trust and July services (0.9); review task list (0.5)

| 1/11/2011 | Harbert, James D. | 0.20 @ $499.00 $99.80 |

Consultation with E. Earl regarding response to DOL regarding calculation of earnings on refund of bank advisory fees

| 1/12/2011 | Earl, Elizabeth H. | 1.00 @ $265.00 $265.00 |

Office conference with J. Harbert, M. Ceas regarding status of investigation and next steps

| 1/12/2011 | Harbert, James D. | 0.70 @ $499.00 $349.30 |

Discussion with M. Ceas regarding calculation of earnings on refund to plan of Midwest Bank advisory fees and consultation with E. Earl regarding inquires of M. Penzak

| 1/20/2011 | Earl, Elizabeth H. | 0.75 @ $265.00 $198.75 |

Telephone call with M. Franzen regarding status and next steps in Department of Labor investigation; telephone conference with M. Ceas regarding same

| 1/21/2011 | Earl, Elizabeth H. | 1.20 @ $265.00 $318.00 |

Discussion with J. Harbert regarding completing items requested by Department of Labor investigator; telephone call regarding same

| 1/21/2011 | Harbert, James D. | 0.70 @ $499.00 $349.30 |

Consultation with E. Earl completing items requested by DOL (0.3); revision of Wilmington Trust statements on "f" account regarding DOL inquiry and directions to E. Earl regarding inquiries of Wilmington Trust (0.4)

| 1/25/2011 | Earl, Elizabeth H. | 1.00 @ $265.00 $265.00 |

Discussion with J. Harbert regarding next steps and following up with Wilmington Trust and July business services

| 1/25/2011 | Harbert, James D. | 1.70 @ $499.00 $848.30 |

Discussion with M. Fransen (DOL investigator) regarding open items and Plante Moran invoice and file memo (0.6); analysis regarding resolution of open items (0.7); discussion with R. Herencia regarding status of DOL (0.4)

| 1/26/2011 | Earl, Elizabeth H. | 0.50 @ $265.00 $132.50 |

Draft email to Wilmington Trust requesting of account documents and follow up with Plante Moran

16

121275649v2  0913730  54169

| 1/31/2011 | Earl, Elizabeth H. | 1.75 @ $265.00 $463.75 |

Preparation of current and future plan expenses as requested by Department of Labor investigator; telephone call with Plante Moran and Mike Franzen

**TOTAL MATTER 8-**                                    **36.05 HOURS $12,616.20**

## MATTER 9 – HEARINGS

| 11/29/2010 | Connelly, William J. | 1.60 @ $425.00 $680.00 |

Court appearance - hearing on our motion to establish claims bar dates

| 12/13/2010 | Connelly, William J. | 1.60 @ $425.00 $680.00 |

Prepare for and attend status hearing as to case administration

| 1/12/2011 | Connelly, William J. | 1.30 @ $430.00 $559.00 |

Court appearance - motion to approve joint solicitation regarding plan and disclosure statement

| 1/18/2011 | Nesset, Joel D. | 5.40 @ $245.00 $1,323.00 |

Travel to Chicago and review fee applications and correspondence re motion for approval of solicitation procedures

| 1/19/2011 | Connelly, William J. | 1.60 @ $430.00 $688.00 |

Court appearance - hearing on Hinshaw application for compensation and Committee Counsel's application for compensation

| 1/19/2011 | Nesset, Joel D. | 6.80 @ $245.00 $1,666.00 |

Prepare for and attend hearing on fee applications, conference with attorneys for SEC, FDIC, U.S. Trustee's office, and Committee of Unsecured Creditors re plan solicitation issues (2.3); return from Chicago (4.5)

| 1/19/2011 | Wallrich, Thomas G. | 5.00 @ $425.00 $2,125.00 |

Prepare for, travel to and attend hearing on fee applications (2.0); prepare for, travel to and attend hearing on consolidated disclosures and confirmation (2.0); work on supplement to fee application (1.0)

| 1/26/2011 | Connelly, William J. | 1.30 @ $430.00 $559.00 |

Court appearance – continued hearing on motion for leave for joint solicitation

**TOTAL MATTER 9 -**                                    **24.6 HOURS  $8,280.00**

## MATTER 10 – PLAN, DISCLOSURE STATEMENTS

| 11/16/2010 | Nesset, Joel D. | 2.40 @ $245.00 $588.00 |

Receipt and review of committee (0.3); Draft plan of reorganization (1.60); review subordination provisions from trust and loan agreements (0.5)

121275649v2 0913730 54169

| 11/16/2010 | Wallrich, Thomas G. | 5.00 @ $435.00 $2,175.00 |

Work on plan (2.5); draft second creditor treatment sections (0.5); revise and edit same (1.5); work on application (0.5)

| 11/17/2010 | Silton, Steven H. | 3.70 @ $385.00 $1,424.50 |

Reviewed plan issues (2.5); reviewed classification issues (0.5); analyzed issues re same (0.7)

| 11/17/2010 | Wallrich, Thomas G. | 2.50 @ $435.00 $1,087.50 |

Work on plan (2.0); draft, revise and edit terms (0.5)

| 11/18/2010 | Silton, Steven H. | 4.20 @ $385.00 $1,617.00 |

Reviewed plan and disclosure issues (2.5); analyzed issues re same (0.5); reviewed 11 U.S.C. 1129 (0.8); analyzed issues re same (0.4)

| 11/20/2010 | Wallrich, Thomas G. | 2.50 @ $435.00 $1,087.50 |

Work on review of plan (2.0); work on secured creditors treatment (0.5)

| 11/23/2010 | Nesset, Joel D. | 0.50 @ $245.00 $122.50 |

Review Committee draft plan and contractual subordination provisions (0.3); conference with T. Wallrich re same and M&I negotiations (0.2)

| 11/23/2010 | Wallrich, Thomas g. | 3.50 @ $435.00 $1,522.50 |

Work on plan (2.0); review and edit terms (0.5); work on application (0.4); work on M&I claim (0.6)

| 11/24/2010 | Nesset, Joel D. | 3.20 @ $245.00 $784.00 |

Correspondence with Creditors' Committee counsel (0.4); conference with T. Wallrich re M&I negotiations (0.6); draft disclosure statement (2.2)

| 11/24/2010 | Wallrich, Thomas G. | 3.50 @ $435.00 $1,522.50 |

Work on plan and disclosure statement (1.5); review and edit same (0.7); prepare for and attend telephonic meeting with M&I bank and counsel (1.3)

| 11/29/2010 | Nesset, Joel D. | 2.20 @ $245.00 $539.00 |

Draft disclosure statement (2.0); correspondence re IRS issues (0.1); correspondence with R. Herencia re Roselle property (0.1)

| 11/30/2010 | Nesset, Joel D. | 2.00 @ $245.00 $490.00 |

Draft disclosure statement

| 11/30/2010 | Wallrich, Thomas G. | 3.50 @ $435.00 $1,522.50 |

Telephone conference with M. Turke (0.8); review plan (1.5); work on disclosure statement (0.6); review and edit same (0.6)

121275649v2  0913730  54169

| 12/02/2010 | Nesset, Joel D. | 5.20 @ $245.00 $1,274.00 |

Participate in Committee conference call (0.8); draft revisions to plan and disclosure statement (3.1); review financial statements and SEC filings re payments made on subordinated debt (0.9); telephone conferences with counsel for M&I and R. Herencia (0.4)

| 12/02/2010 | Wallrich, Thomas G. | 4.00 @ $435.00 $1,740.00 |

Work on drafting disclosure statement (2.8); review and edit same (1.2)

| 12/03/2010 | Nesset, Joel D. | 3.40 @ $245.00 $833.00 |

Conduct legal research re tax obligations (0.6); correspondence re amendments to plan (0.4); draft disclosure statement (2.4)

| 12/06/2010 | Nesset, Joel D. | 3.40 @ $245.00 $833.00 |

Draft disclosure statement (2.4); review trust preferred documents and SEC filings (1.0)

| 12/07/2010 | Nesset, Joel D. | 3.30 @ $245.00 $808.50 |

Correspondence with R. Herencia, B. Forrester, T. Sullivan, and R. Lauter re plan terms (0.4); draft disclosure statement (2.9)

| 12/07/2010 | Wallrich, Thomas G. | 4.00 @ $435.00 $1,740.00 |

Continue drafting plan and disclosure statement

| 12/07/2010 | Sullivan, Timothy M. | 1.30 @ $400.00 $520.00 |

Review of plan of reorganization

| 12/08/2010 | Nesset, Joel D. | 3.50 @ $245.00 $857.50 |

Telephone conference with R. Lauter and S. Isenberg (0.2); review background documents and draft disclosure statement and plan (3.3)

| 12/09/2010 | Nesset, Joel D. | 2.70 @ $245.00 $661.50 |

Telephone conference with G. Silver re plan issues (0.3); correspondence with R. Herencia, B. Forrester, and G. Hartley re disclosure statement (0.4); draft disclosure statement (2.0)

| 12/09/2010 | Connelly, William J. | 1.00 @ $425.00 $425.00 |

Review latest draft proposed plan for issues related to administration, creditors trust and related matters

| 12/10/2010 | Silton, Steven H. | 4.10 @ $385.00 $1,578.50 |

Reviewed plan issues (2.1); reviewed confirmation and related matters (2.0)

| 12/11/2010 | Wallrich, Thomas G. | 5.00 @ $435.00 $2,175.00 |

Work on disclosure statement (2.1); work on drafting plan (2.0); perform legal research re FDIC issues (0.9)

121275649v2 0913730 54169

| 12/13/2010 | Harbert, James D. | 0.50 @ $499.00 $249.50 |

Discussion with J. Nesset regarding which expenditures may be paid from plan assets and review of email inquiries pertaining to same

| 12/13/2010 | Nesset, Joel D. | 2.60 @ $245.00 $637.00 |

Correspondence with Committee Counsel (0.4); receipt and review of Committee draft of plan of liquidation (2.2)

| 12/13/2010 | Wallrich, Thomas G. | 4.50 @ $435.00 $1,957.50 |

Work on plan (2.0); work on disclosure statement (2.2); perform legal research re FDIC issues (0.3)

| 12/13/2010 | Connelly, William J. | 0.60 @ $425.00 $255.00 |

Analysis of steps necessary for moving forward on plan

| 12/14/2010 | Nesset, Joel D. | 3.10 @ $245.00 $759.50 |

Draft disclosure statement (2.8); telephone conference with Committee Counsel re same (0.3)

| 12/15/2010 | Nesset, Joel D. | 4.30 @ $245.00 $1,053.50 |

Review local rules re balloting and solicitation of acceptances (0.5); review claims register (0.2); correspondence re plan and disclosure statement (0.2); receipt and review of Committee drafts (1.2); draft additional revisions (1.8); correspondence with attorney for M&I (0.4)

| 12/17/2010 | Nesset, Joel D. | 5.30 @ $245.00 $1,298.50 |

Draft revisions to plan and disclosure statement (4.5); telephone conferences and correspondence with Committee Counsel and R. Herencia re same (0.8)

| 12/17/2010 | Wallrich, Thomas G. | 6.00 @ $435.00 $2,610.00 |

Work on disclosure statement (3.0); review and edit same (3.0)

| 12/20/2010 | Kulbeik, Amy E. | 2.50 @ $110.00 $275.00 |

Review rules re plan and disclosure statement (0.4); review plan (0.5); receipt and review e-mail from J. Nesset re plan and disclosure statement status (0.1); exchange emails with J. Nesset, T. Wallrich and client re plan and disclosure statement (0.1); prepare plan and disclosure statement for filing (0.5); electronically file plan with Bankruptcy Court (0.4); electronically file disclosure statement with Bankruptcy Court (0.4); prepare e-mails to T. Wallrich and J. Nesset re filing (0.1)

| 12/20/2010 | Nesset, Joel D. | 7.40 @ $245.00 $1,813.00 |

Conference calls with Committee Counsel (0.6); telephone conferences with R. Herencia (x3) (1.0); draft revisions to plan and disclosure statement (5.0); correspondence re same (0.5); supervise filing of plan and disclosure statement (0.3)

| 12/20/2010 | Wallrich, Thomas G. | 5.00 @ $435.00 $2,175.00 |

Work on drafting disclosure statement (2.5); work on revisions to plan (2.5)

121275649v2  0913730  54169

| 12/21/2010 | Wallrich, Thomas G. | 4.00 @ $435.00 $1,740.00 |

Work on drafting plan and disclosure statement (3.5); analysis of FDIC claims (0.5)

| 12/21/2010 | Connelly, William J. | 1.00 @ $425.00 $425.00 |

Review and annotate proposed disclosure statement and proposed plan regarding certain issues of interest to office of U.S. Trustee

| 12/22/2010 | Nesset, Joel D. | 0.70 @ $245.00 $171.50 |

Correspondence with M&I counsel re FDIC issues (0.4); correspondence with S. Isenberg re plan issues (0.3)

| 12/23/2010 | Nesset, Joel D. | 0.30 @ $245.00 $73.50 |

Correspondence with U.S. Trustee's office re comments on plan (0.2); draft notes re requested revisions (0.1)

| 12/23/2010 | Wallrich, Thomas G. | 3.50 @ $435.00 $1,522.50 |

Work on disclosure statement (2.0); review and edit same (1.5)

| 12/24/2010 | Wallrich, Thomas G. | 2.00 @ $435.00 $870.00 |

Work on disclosure statement (1.0); review and edit same (1.0)

| 12/30/2010 | Wallrich, Thomas G. | 4.50 @ $435.00 $1,957.50 |

Work on drafting disclosure statement (2.5); work on drafting motion for consolidation of plan and voting (2.0)

| 1/03/2011 | Nesset, Joel D. | 0.40 @ $245.00 $98.00 |

Correspondence with R. Lauter re plan and disclosure statement (0.2); conference with T. Wallrich (0.2)

| 1/05/2011 | Nesset, Joel D. | 1.60 @ $245.00 $392.00 |

Telephone conferences with Committee counsel re plan amendments (0.5); draft revisions to plan (1.1)

| 1/05/2011 | Connelly, William J. | 0.40 @ $430.00 $172.00 |

Communications with Mr. Alsterda, counsel for FDIC, re: plan issues and disclosure issues

| 1/5/2011 | Connelly, William J. | 1.10 @ $430.00 $473.00 |

Update authorities regarding 1125 and joint solicitation regarding disclosure statement and plan

| 1/6/2011 | Wallrich, Thomas G. | 2.00 @ $425.00 $850.00 |

Continue work on disclosure and confirmation procedures motion (1.0); telephone conference with FDIC counsel (0.5); telephone conference with BNY Mellon counsel (0.5)

| 1/07/2011 | Nesset, Joel D. | 2.10 @ $245.00 $514.50 |

Revisions to solicitation procedures motion and correspondence with Committee counsel re same (1.4); telephone conference with G. Silver re plan and disclosure statement (0.2); correspondence and telephone conference with M. Turke re M&I tax records, and FDIC-related issues (0.5)

121275649v2  0913730  54169

| 1/10/2011 | Nesset, Joel D. | 0.90 @ $245.00 $220.50 |

Correspondence with attorneys for FDIC and U.S. Trustee re disclosure issues (0.6); conference with T. Wallrich re amendments to disclosure statement (0.3)

| 1/11/2011 | Nesset Joel D. | 2.10 @ $245.00 $514.50 |

Telephone conferences with S. Alsterda (x2) re disclosure statement and plan (0.5); telephone conference with M. Fransen re DOL investigation, objection to claim for refund of retainer paid on account of 401(k) (0.3); correspondence with S. Alsterda, J. Wise, R. Lauter and G. Silver re comments and objections to disclosure statement and solicitation procedures (1.3)

| 1/11/2011 | Connelly, William J. | 0.60 @ $430.00 $258.00 |

Receipt and review comments from FDIC, Sec U.S.T. et al regarding proposed plan and disclosure statement

| 1/12/2011 | Nesset Joel D. | 4.30 @ $245.00 $1,053.50 |

Conference call with S. Alsterda and R. Lauter re plan and disclosure issues (.6); telephone conferences with Barry re tax matters, North Roselle property and publication alternatives (notice of plan) (.5); telephone conference with attorney for SEC re adequacy of proposed publication (.3); telephone conference with J. Harbert re timeline and projected costs of completing 401(k) termination (.3); draft revisions to plan and disclosure statement (2.6)

| 1/12/2011 | Wallrich, Thomas G. | 3.50 @ $425.00 $1,487.50 |

Work on FDIC responses to disclosure statement (0.5); review and edit same (3.0)

| 1/12/2011 | Connelly, William J. | 0.50 @ $430.00 $215.00 |

Coordinate exchange of information among and between debtor, FDIC, SEC, committee regarding changes/amendments to plan and disclosure statement

| 1/13/2011 | Wallrich, Thomas G. | 2.00 @ $425.00 $850.00 |

Work on FDIC objections (1.0); review and edit disclosure statement (1.0)

| 1/14/2011 | Nesset, Joel D. | 1.60 @ $245.00 $392.00 |

Telephone conference with Gansberg re title to North Roselle property (0.3); and correspondence with W. Connelly re same (0.2); telephone conference with M. Turke re M&I treatment under plan (0.4); correspondence re amendment of plan and disclosure statement (0.7)

| 1/14/2011 | Connelly, William J. | 0.30 @ $430.00 $129.00 |

Evaluation of comments from FDIC and office of U.S. Trustee regarding draft plan and disclosure

| 1/19/2011 | Sullivan, Timothy M. | 1.70 @ $400.00 $680.00 |

Review of plan of reorganization and disclosure statement

| 1/20/2011 | Nesset, Joel D. | 1.80 @ $245.00 $441.00 |

Draft amended plan

121275649v2  0913730  54169

| 1/21/2011 | Nesset, Joel D. | 1.80 @ $245.00 $441.00 |
|---|---|---|

Draft amended plan

| 1/21/2011 | Nesset, Joel D. | 1.70 @ $245.00 $416.50 |
|---|---|---|

Correspondence with Alsterda re FDIC issues (0.3); telephone conferences with R. Herencia and M. Turke re tax refund and related issues (0.5); draft amended plan (0.9)

| 1/21/2011 | Sullivan, Timothy M. | 1.70 @ $400.00 $680.00 |
|---|---|---|

Review of disclosure schedule

| 1/21/2011 | Connelly, William J. | 0.30 @ $430.00 $129.00 |
|---|---|---|

Communications with FDIC counsel regarding claims, real estate, disclosure statement and related issues

| 1/27/2011 | Wallrich, Thomas G. | 4.50 @ $425.00 $1,912.50 |
|---|---|---|

Negotiations with M&I bank regarding plan treatment (1.5); continue analysis and work on FDIC claim and treatment (1.5); work on committee issues regarding trusts, review proposals regarding trusts (1.5)

| 1/31/2011 | Nesset, Joel D. | 2.50 @ $245.00 $612.50 |
|---|---|---|

Draft amended plan and disclosure statement

### TOTAL MATTER 10 -      176.80 HOURS      $60,704.00

## MATTER 11 – FEE APPLICATION

| 11/16/2010 | Kulbeik, Amy E. | 0.60 @ $110.00 $66.00 |
|---|---|---|

Review and revise fee application

| 11/23/2010 | Kulbeik, Amy E. | 3.60 @ $110.00 $396.00 |
|---|---|---|

Exchange e-mails with T. Wallrich and J. Nesset re fee application (0.1); prepare fee application (1.5); prepare exhibits to fee application (1.8); prepare e-mail to T. Wallrich and J. Nesset re fee application (0.1); prepare e-mail to T. Wallrich and J. Nesset re exhibits (0.1)

| 11/29/2010 | Kulbeik, Amy E. | 2.90 @ $110.00 $319.00 |
|---|---|---|

Review fee application (1.6); conference with T. Wallrich re fee application (0.1); prepare e-mail to T. Wallrich, J. Nesset, W. Connelly, P. Boken and T. Sullivan re fee application (0.1); receipt and review e-mail from W. Connelly re hearing (0.1); review rules re hearing date and fee application format (0.6); conference with J. Nesset re same (0.2); receipt and review e-mail from T. Wallrich re hearing (0.1); receipt and review e-mail from T. Sullivan re revision to fee application (0.1)

| 11/30/2010 | Kulbeik, Amy E. | 2.60 @ $110.00 $286.00 |
|---|---|---|

Receipt and review e-mail from W. Connelly re revisions to fee application (0.1); receipt and review email from T. Wallrich re same (0.1); receipt and review e-mail from P. Boken re same (0.1); leave voice mail message for T. Wallrich re exhibits to fee application (0.1); review exhibits (0.8); revise fee application (1.4)

| 12/02/2010 | Kulbeik, Amy E. | 5.70 @ $110.00 $627.00 |

Receipt and review e-mail from T. Wallrich re fee application (0.1); prepare fee application (2.5); prepare exhibits for fee application (3.1)

| 12/03/2010 | Kulbeik, Amy E. | 4.60 @ $110.00 $506.00 |

Receipt and review e-mail from T. Wallrich re fee application status (0.1); exchange e-mails with J. Nesset re U.S. Trustee guidelines (0.2); exchange emails with J. Nesset re sample fee application (0.2); prepare e-mail to T. Wallrich, J. Nesset, W. Connelly, P. Boken and T. Sullivan re fee application (0.1); receipt and review email from J. Nesset re revised application (0.1); receipt and review email from J. Nesset re percentage of fees (0.1); review and revise fee application (3.8)

| 12/03/2010 | Wallrich, Thomas G. | 2.00 @ $435.00 $870.00 |

Work on fee application

| 12/06/2010 | Kulbeik, Amy E. | 3.50 @ $110.00 $385.00 |

Prepare disbursements exhibit for fee application (1.6); conference with T. Wallrich re fee application (0.4); conference with J. Nesset re fee application (0.3); revise application (1.0); exchange e-mails with J. Nesset, T. Wallrich, M. Pocock, J. Audette and L. Swanson re service and filing of fee application (0.2)

| 12/06/2010 | Wallrich, Thomas G. | 3.00 @ $435.00 $1,305.00 |

Work on fee application (2.0); revise and edit same (0.5); revise and edit disclosure statement (0.5)

| 12/07/2010 | Kulbeik, Amy E. | 1.60 @ $110.00 $176.00 |

Telephone conference with J. Nesset re fee application (0.2); exchange e-mails with L. Swanson re fee application (0.1); review and revise fee application and exhibits (1.3)

| 12/08/2010 | Sullivan, Timothy M. | 0.30 @ $400.00 $120.00 |

Review of fee petition

| 12/10/2010 | Connelly, William J. | 1.30 @ $425.00 $552.50 |

Review of issues regarding interim fee apps and related matters

| 12/13/2010 | Kulbeik, Amy E. | 2.10 @ $110.00 $231.00 |

Prepare amended notice (0.3); prepare proof of service for amended notice (0.4); reschedule hearing (0.1); prepare service letter (0.1); conference with J. Nesset re service and filing of amended notice (0.2); telephone conference with Court re e-filing notice (0.1); serve and electronically file amended notice (0.4); receipt and review e-mail from W. Connelly re refiling notice (0.1); exchange e-mails with J. Nesset re motion to use insurance (0.1); conference with T. Wallrich re amended notice (0.1); exchange e-mails with T. Wallrich re same (0.1); receipt and review e-mail from T. Wallrich re hearing (0.1)

| 12/14/2010 | Connelly, William J. | 0.50 @ $425.00 $212.50 |

Coordinate fee app, plan and disclosure matters

| 12/29/2010 | Kulbeik, Amy E. | 0.80 @ $110.00 $88.00 |

121275649v2  0913730  54169

Conference with T. Wallrich re fee application totals (0.3); review filed fee application (0.2); review Bankruptcy Court docket (0.3)

|  |  |  |
|---|---|---|
| 12/30/2010 | Kulbeik, Amy E. | 1.20 @ $110.00 $132.00 |

Exchange e-mails with J. Nesset re service of fee application (0.1); review filed fee application and proof of service (0.4); review bankruptcy court docket re case status and deadlines (0.7)

|  |  |  |
|---|---|---|
| 1/14/2011 | Connelly, William J. | 0.20 @ $430.00 $86.00 |

Communications from and with Ms. Silver regarding applications for compensation

|  |  |  |
|---|---|---|
| 1/14/2011 | Connelly, William J. | 0.60 @ $430.00 $258.00 |

Review of compensation application in advance of Tuesday's hearing regarding same

|  |  |  |
|---|---|---|
| 1/18/2011 | Kulbeik, Amy E. | 0.60 @ $110.00 $66.00 |

Exchange e-mails with J. Nesset re accountant fee application (0.1); exchange e-mails with T. Wallrich and J. Nesset re Hinshaw & Culbertson fee application (0.1); review exhibits to fee application (0.4)

|  |  |  |
|---|---|---|
| 1/18/2011 | Connelly, William J. | 0.20 @ $430.00 $86.00 |

Communications from and with office of U.S. Trustee regarding Hinshaw application for compensation

|  |  |  |
|---|---|---|
| 1/18/2011 | Connelly, William J. | 0.20 @ $430.00 $86.00 |

Review and analysis of Hinshaw application regarding office of U.S. Trustee's comments

|  |  |  |
|---|---|---|
| 1/18/2011 | Connelly, William J. | 0.20 @ $430.00 $86.00 |

Communications from and with S.E.C. counsel regarding tomorrow's hearing on fees and joint solicitation

|  |  |  |
|---|---|---|
| 1/20/2011 | Kulbeik, Amy E. | 2.40 @ $110.00 $264.00 |

Telephone conference with J. Audette re fee application (0.2); receipt and review e-mail from J. Audette re fee application (0.1); receipt and review e-mails from T. Wallrich re supplement to fee application (0.2); prepare supplement to fee application (1.9)

|  |  |  |
|---|---|---|
| 1/21/2011 | Kulbeik, Amy E. | 4.00 @ $110.00 $440.00 |

Prepare supplement to fee application (3.9); prepare e-mail to T. Wallrich and J. Nesset re same (0.1)

|  |  |  |
|---|---|---|
| 1/24/2011 | Kulbeik, Amy E. | 2.80 @ $110.00 $308.00 |

Receipt and review e-mails from T. Wallrich and J. Nesset re supplement to fee application (0.1); conference with J. Nesset re supplement (0.2); prepare supplement to fee application (1.0); conference with T. Wallrich re supplement (0.1); prepare exhibits to supplement (1.0); exchange e-mails with T. Wallrich and J. Nesset re supplement (0.1); receipt and review e-mail from J. Nesset re trustee e-mail (0.1); exchange e-mails with J. Nesset re order (0.1); electronically file supplement with bankruptcy court (0.1)

### **TOTAL MATTER 11 -                                    47.5 HOURS  $7,952.00**

121275649v2  0913730  54169

## MATTER 12 – U.S. TRUSTEE MATTERS

12/21/2010        Connelly, William J.        0.20 @ $425.00 $85.00

Communications from and with Ms. Silver of office of U.S. Trustee regarding plan and disclosure statement

**TOTAL MATTER 12 -**                   **.20 HOURS**   **$85.00**

# TOTAL FEES – ALL MATTERS       $135,017.55

121275649v2 0913730 54169

## EXHIBIT C

## SUMMARY OF THE TOAL AMOUNT OF FEES INCURRED UNDER EACH SUBJECT MATTER DURING THE FEE PERIOD

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Chapter 11 Bankruptcy Filing | 21.9 | $2,598.00 |
| 2 | Employee Benefit Matters | 22.95 | $7,750.35 |
| 3 | General Case Administration | 62.3 | $17,375.50 |
| 4 | Claims Administration and Objections | 42.1 | $14,659.50 |
| 5 | Employment of Professionals | 8.9 | $1,492.00 |
| 6 | Corporate and Securities Matters | 2.7 | $1,080.00 |
| 7 | Creditors Communications/Negotiations | 1.0 | $425.00 |
| 8 | 401(K) Plan – Department of Labor Investigation | 36.05 | $12,616.20 |
| 9 | Hearings | 24.6 | $8,280.00 |
| 10 | Plan, Disclosure Statements | 176.8 | $60,704.00 |
| 11 | Fee Application | 47.5 | $7,952.00 |
| 12 | U.S. Trustee Matters | 0.2 | $85.00 |

# EXHIBIT D – DISBURSEMENTS

**Expense Code : 021 Air Fare**

| | |
|---|---:|
| 01/18/11<br>Wallrich, Thomas G. invoice#: 021 52151242<br>913730011811; Airfare to attend hearing in Chicago on 1/19/11 | $139.40 |

|  |  |
|---|---:|
| **Subtotal Air Fare** | **$139.40** |

**Expense Code : 027 Parking**

| | |
|---|---:|
| 11/29/10<br>Connelly, William J. invoice#: 027 52139025<br>913730112910; Travel regarding Midwest Banc Holdings, Inc. parking fee | $18.00 |
| 12/13/10<br>Connelly, William J. invoice#: 027 52150321<br>913730121310; Midwest Banc Holdings, Inc. parking expense for court<br>hearing on 12/15/10 | $6.00 |
| 01/05/11<br>Connelly, William J. invoice#: 027 52150791<br>913730010511; parking expense for court hearing on 1/15/11 | $21.00 |
| 01/12/11<br>Connelly, William J. invoice#: 027 52150930<br>91373011211; travel for court hearing - 1/12/11- parking fee | $10.00 |
| 01/19/11<br>Connelly, William J. invoice#: 027 52151164<br>913730011911; Midwest Banc Holdings, Inc. - parking for<br>attendance at court hearing | $14.00 |

|  |  |
|---|---:|
| **Subtotal Parking** | **$69.00** |

**Expense Code : 045 Postage Charges**

| | |
|---|---:|
| 11/29/10 - postage 20 letters on 11/19/10 045 | $12.20 |
| 12/20/10 - postage 172 pieces on 12/03/10 045 | $104.92 |

|  |  |
|---|---:|
| **Subtotal Postage** | **$117.12** |

**Expense Code : 140 External Delivery Charges**

| | |
|---|---:|
| 11/16/10 messenger from Hinshaw and Culbertson to U.S. Department of labor | $5.38 |
| 12/21/10 messenger from Hinshaw & Culbertson to Office of the U.S. Trustee | $5.75 |

|  |  |
|---|---:|
| **Subtotal External Delivery** | **$11.13** |

**Expense Code : 202 Pitney Bowes Transactions-Photocopies**

| | |
|---|---|
| 11/16/10 39 copies @ 0.10/copies | $3.90 |
| 11/17/10 442 copies @ 0.10/copies | $44.20 |
| 11/19/10 182 copies @ 0.10/copies | $18.20 |
| 12/01/10 8 copies @ 0.10/copies | $.80 |
| 12/01/10 1751 copies @ 0.10/copies | $175.10 |
| 12/01/10 2 copies @ 0.10/copies | $.20 |
| 12/07/10 6 copies @ 0.10/copies | $.60 |
| 12/07/10 134 copies @ 0.10/copies | $13.40 |
| 01/13/11 6 copies @ 0.10/copies | $.60 |
| 01/13/11 189 copies @ 0.10/copies | $18.90 |
| 01/20/11 70 copies @ 0.10/copies | $7.00 |
| 01/25/11 1copies @ 0.10/copies | $.10 |
| 01/26/11 48 copies @ 0.10/copies | $4.80 |
| 01/31/11 4 copies @ 0.10/copies | $.40 |

|  | |
|---|---|
| **Subtotal Photocopies** | **$288.20** |

**Expense Code : 431 Computerized Legal Research (Westlaw)**

| | |
|---|---|
| 11/24/10 Westlaw online research performed by Nesset, Joel D. | $3.06 |
| 12/29/10 Westlaw online research performed by Nesset, Joel D. | $3.86 |
| 01/06/11 Westlaw online research performed by Nesset, Joel D. | $10.46 |
| 01/11/11 Westlaw online research performed by Nesset, Joel D. | $8.07 |
| **Subtotal Legal Research** | **$25.45** |

**Expense Code : 800 Telephone Charges**

| | |
|---|---|
| 11/30/10 telephone charges 800 201011 | $27.49 |
| 12/29/10 telephone charges 800 201012 | $35.32 |
| 01/31/11 telephone charges 800 201101 | $20.32 |
| 01/31/11 telephone charges 800 201101 | $1.93 |

121275649v2  0913730  54169

01/31/11 telephone charges 800 201101                                                    $2.66

                            **Subtotal Telephone Charges**     **$87.72**

**Expense code : 802 Telephone Conference**

12/17/10 Telephone conference call on 802 initiated by Joel Nesset                        $12.86

                          **Subtotal Telephone Conference**     **$12.86**

## TOTAL DISBURSEMENTS                                               $750.88

121275649v2  0913730  54169