## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MIDWEST BANC HOLDINGS, INC., | ) | Case No. 10-37319 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date: July 13, 2011 at 9:30 a.m. |

**NOTICE OF FINAL FEE APPLICATION OF FREEBORN & PETERS LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF MIDWEST BANC HOLDINGS, INC. SEEKING
(I) ALLOWANCE AND FINAL APPROVAL OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
SEPTEMBER 28, 2010 THROUGH MAY 31, 2011; AND (II) AUTHORIZING THE
CREDITOR TRUSTEE TO REMIT ALL UNPAID COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO FREEBORN & PETERS LLP**

To: Service List

　　　PLEASE TAKE NOTICE that on June 21, 2011, Freeborn & Peters LLP ("*F&P*"), as counsel to the official committee of unsecured creditors (the "*Committee*") of Midwest Banc Holdings, Inc. (the "*Debtor*") filed its *Final Fee Application as Counsel to the Committee* (the "*Final Fee Application*") with the United States Bankruptcy Court for the Northern District of Illinois. By the Fee Application, F&P seeks entry of an order: (a) for allowance and final approval of $477,739.80 for compensation for professional services rendered by F&P to the Committee for the period of September 28, 2010 through May 31, 2011 (the "*Final Fee Application Period*"), and reimbursement of $3,870.28 for actual and necessary expenses incurred by F&P during the Final Fee Application Period; and (b) authorizing the Creditor Trustee (defined below), as successor to the Debtor, to pay F&P compensation and reimbursement of expenses in the aggregate amount of $145,938.58, representing all unpaid compensation and expenses.

　　　PLEASE TAKE FURTHER NOTICE THAT a hearing on the Fee Application will take place before the Honorable A. Benjamin Goldgar of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, or whomever may be sitting in his place and stead, at 219 South Dearborn Street, Courtroom 613, Chicago, Illinois on July 13, 2011 at 9:30 a.m.

　　　Objections, if any, to the relief requested in the Fee Application must be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois prior to the hearing on the Final Fee Application.

At the same time, you should also serve a copy of the objection upon the following so as to be received prior to the hearing on the Fee Application: Freeborn & Peters LLP, 311 South Wacker Dr., Suite 3000, Chicago, Illinois 60606 (Attn:  Richard S. Lauter).

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 21, 2011                                   **FREEBORN & PETERS LLP**

By:  _____ /s/ Richard S. Lauter _____
Richard S. Lauter (No. 6182859)
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  312.360.6000
Facsimile:  312.360.6520

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MIDWEST BANC HOLDINGS, INC., | ) | Case No. 10-37319 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date:  July 13, 2011 at 9:30 a.m. |

### CERTIFICATE OF SERVICE

I, Richard S. Lauter, an attorney, hereby certify that on June 21, 2011, I caused the attached *Notice of Application* to be served on all parties listed on the creditor matrix in the above-referenced matter, and the *Notice of Application* and the *Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* to be filed with the Court and served upon the following parties by the manner listed.

_____/s/ Richard S. Lauter_____

### Service List

**CM/ECF Notice List**
R. Scott Alsterda  rsalsterda@uhlaw.com
William J. Connelly  wconnelly@hinshawlaw.com
William T. Neary  USTPRegion11.ES.ECF@usdoj.gov

**First Class Mail Service List**

M. Gretchen Silver
Office of the U.S. Trustee
219 S. Dearborn, Suite 873
Chicago, IL 60604

William J. Connelly, Esq.
HINSHAW & CULBERTSON
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601

Thomas G. Wallrich
Joel D. Nesset
Hinshaw & Culbertson LLP
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

Jolene M. Wise
Securities and Exchange Commission
175 West Jackson Blvd. Suite 900
Chicago, IL 60604

R. Scott Alsterda
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Daniel R. Kadolph
519 Arbor Lane
South Elgin, IL 60177

Bowne & Co., Inc.
c/o Andrew Silfen
Arent Fox, LLP
1675 Broadway
New York, NY 10019

Wilmington Trust Company
c/o Jason J. Solomon
Alston & Bird LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000

David Peck
1301 Brighton Drive
Wheaton, IL 60189

Additional service of Notice by U.S. Mail on all parties listed on attached Creditor Matrix.

Label Matrix for local noticing
0752-1
Case 10-37319
Northern District of Illinois
Chicago
Tue Jun  7 15:30:48 CDT 2011

Hinshaw & Culbertson
Hinshaw & Culbertson
222 N Lasalle St Ste 300
Chicago, IL 60601-1081

Hinshaw & Culbertson LLP
Suite 300
222 North LaSalle St.
Chicago, IL 60601-1081

Microsoft Corporation and Microsoft Licensin
c/o Riddell Williams P.S.
1001 Fourth Avenue
Suite 4500
Seattle, WA 98154-1192

Midwest Banc Holdings, Inc.
54 South Washington Street
Suite 1
Hinsdale, IL 60521-4161

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

ACE American Insurance Co.
525 West Monroe Street
Suite 400
Chicago, IL 60661-3639

(c)ADP, INC.
060 - ADP CHICAGO
1851 NORTHWESTERN DR
EL PASO TX  79912-1123

Alberto Paracchini
1282 Forest Glen St.
Winnetka, IL 60093-1426

Alesco Preferred Funding IV, Ltd.
Walker House, Mary Street
P.O. Box 908GT George Town
Grand Cayman, Cayman Islands

Alex Stevens, Jr.
5735 Summit Blvd
West Palm Beach, FL 33415-3646

Andrew Kowalski
595 S. Hawthorne
Elmhurst, IL 60126-4240

Andrew Schaefer
41 W 170 Hearthstone Court
Saint Charles, IL 60175-5520

Anna M Stevens
CEDE & Co #793
8880 Pioneer Rd.
West Palm Beach, FL 33411-4530

AppRiver, LLC
1101 Gulf Breeze Parkway
Suite 200
Gulf Breeze, FL 32561-4858

BVS Performance Systems
4060 Glass Rd. NE
Cedar Rapids, IA 52402-2509

Barry I. Forrester
11 N. Vine Street
Hinsdale, IL 60521-3314

Bernard & Lila Meredith
CEDE & Co #793
6411 Raywood Ave
Affton, MO 63123-3219

Bowne & Co Inc
55 Water Street
NYC, Ny 10041-0006

Bowne of Chicago, Inc.
75 Remittance Drive
Suite 6495
Chicago, IL 60675-6495

Box.net, Inc.
409 Sherman Avenue
Palo Alto, CA 94306-1827

Brad A. Luecke
5146 Belden Avenue
Apt. B2
Downers Grove, IL 60515-4766

Brian Goebbert
5107 Hawkwood
Carpentersville, IL 60110-3446

Broadridge
P.O. Box 23487
Newark, NJ 07189-0487

Bruno P. Costa
801 S. Knight Ave.
Park Ridge, IL 60068-4440

Business Wire
161 North Clark Street
Suite 3500
Chicago, IL 60601-3321

Business Wire Inc
44 Montgomery Street, 39th Fl
San Francisco, CA 94104-4812

Business Wire, Inc.
Department 34182
P.O. Box 39000
San Francisco, CA 94139-0001

CEDE & CO #793
Virginica R. Altmeyer
7723 Thetford Ct
St. Louis, MO 63119-5064

CEDE & Co #793
Donald L. Beck, Trustee
Benway Family Trust
626 N. Doreen Ct.
Wichita, KS 67206-1649

CEDE & Co #793
Neta M. Gallivan, Trustee
1015 E. Division St.
Bolivar, MO 65613-1225

CSC
3170 Fairview Park Drive
Falls Church, VA 22042-4528

CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604-1101

CUSIP Service Bureau
Standard & Poor's
P.O. Box 19140A
Newark, NJ 07195-0140

Camille Segreti
29 W734 Waynewood Drive
West Chicago, IL 60185-1754

Carol Sanford
CEDE & Co #793
1191 Lincoln Rd
Columbus, OH 43212-3237

Catherine A. DeBer, Trust
8510 Greenway blvd #202
Middleton, WI 53562-3592

Cede & Co #793
Margaret A. Barton
508 Stephanie Ln
Manchester, MO 63011-3932

Charles R. Lindstrom IRA r/o
c/o Stifel Nicholaus Co.
Rockford, IL 61107

Chris L Seth TTEE
DTD 4/23/86 Income Account CG12-74460324
155 N Astor St. Apt. 39E
Chicago, IL 60610

Christopher Ebert
2151 Pioneer Road
Evanston, IL 60201-2564

Christopher Rudolph
6537 Pine Hollow
Carpentersville, IL 60110-3396

Computershare, Inc.
4229 Collection Centre Drive
Chicago, IL 60693-0042

Credit Clearing House, Inc.
925 Westchester Avenue
Suite 101
White Plains, NY 10604-3540

Crowe Horwath LLP
P.O. Box 3697
Oak Brook, IL 60522-3697

Daniel J. Edelman, Inc.
200 East Randolph Street
63rd Floor
Chicago, IL 60601-6705

Daniel R Kadolph
519 Arbor Lane
South Elgin, Il 60177-2863

Darrin Bacon
3032 Brossman Street
Naperville, IL 60564-5172

David C. Peck
1301 Brighton Drive
Wheaton, IL 60189-8111

David Lindgren
743 Whitegate Court
Mount Prospect, IL 60056-3060

David Natzke
26639 Longmeadow Circle
Mundelein, IL 60060-3362

David Taylor
639 S. Bodin Street
Hinsdale, IL 60521-3916

Debora A. Petrungaro
2505 N. 77th Court
Elmwood Park, IL 60707-2525

Delaware Secretary of State
Division of Corporations
401 Federal Street, Ste 4
Devoer, DE 19901-3639

Delaware Secretary of State
The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801-1196

Dennis Motyka
14215 Hempstead Drive
Orland Park, IL 60462-2980

Deutsche Bank Trust Company
Delaware
1011 Centre Road, 2nd Floor
Wilmington, DE 19805-1267

Deutsche Bank Trust Company Americas
MS NYC60-2720
60 Wall Street
New York, NY 10005-2836
Attn: Stan Burg

E.V. Silveri
7366 Lake Street
Unit C
River Forest, IL 60305-2262

Eugene & Victoria Hovanec
CEDE & Co #793
5196 Oxley Place
Westlake Village, CA 91362-4741

Executive Benefits Solutions
6775 Cahill Avenue, Suite 200
Valley Park Professional Center
Inver Grove Heights, MN 55076-2066

FDIC, as Receiver for
Midwest Bank & Trust Company
3501 N. Fairfax Drive
Arlington, VA 22226-3599

FDIC, as Receiver for
Midwest Bank & Trust Co.
3501 Fairfax Dr., Rm. VS-D-7102
Arlington, VA 22226-3599


FedEx
P.O. Box 94515
Palatine, IL 60094-4515

FedEx Customer Information Services
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd, Module G, 3rd Fl
Memphis, TN 38116-5017

Fidelity & Deposit Insurance
Co. of Maryland
1400 American Lane
Schaumburg, IL 60196-5452


Financial Reporting Advisors
100 North LaSalle Street
Suite 2215
Chicago, IL 60602-3513

First Tennessee Bank Nat'l Assoc.
845 Crossover Lane, Suite 150
Memphis, TN 38117-4904

Foliofn Investments, Inc.
8180 Greensboro Drive
8th Floor
Mc Lean, VA 22102-3888


Fox-Pitt Kelton Cochran Caronia
Waller
420 5th Avenue, Floor 5
New York, NY 10018-0941

Georgeson Inc.
36758 Treasury Center
Chicago, IL 60694-6700

Gerald F. Hartley
720 Waterford Drive
No. 201
Naples, FL 34113-8041


Grace M. Mueller TTEE of the
Grace M. Mueller Liv in Trust DTD
CEDE & Co #793
10142 Schuessler Rd
Saint Louis, MO 63128-3233

Harland Financial Solutions
605 Crescent Executive Court
Suite 600
Lake Mary, FL 32746-2106

Harris, N.A.
50 S. Lincoln Avenue
Hinsdale, IL 60521-4065


Harry O Mueller, TTE of the
Harry O Mueller Liv Tr DTD
CEDE & Co #793
10142 Schuessler Rd
St. Louis, MO 63128-3233

IBM Internet Security Systems
1 New Orchard Road
Armonk, NY 10504-1722

INV eShare, Inc
3060 Royal Blvd, South
Suite 235
alpharetta, GA 30022-1405


INVeShare, Inc.
3060 Royal Blvd. South
Suite 235
Alpharetta, GA 30022-1405

IST, Inc.
218 W. Carmen Lane
Suite 208
Santa Maria, CA 93458-7774

Ice Systems, Inc.
d/b/a Proxytrust
100 Patco Court, Suite 9
Islandia, NY 11749-1522


Illinois Stock Transfer Co.
209 W. Jackson Blvd.
Suite 903
Chicago, IL 60606-6969

Illinois Stock Transfer Company
209 West Jackson Boulevard
Suite 903
Chicago, IL 60606-6969

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


Iron Mountain Incorporated
745 Atlantic Avenue
Boston, MA 02111-2717

J.J. Fritz
659 Aberdeen Road
Inverness, IL 60067-4309

J.J. Fritz
c/o William J. Barrett
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, Illinois 60606-3459


JJ Fritz
659 Aberdeen Road
Inverness, IL 60067-4309

James Giancola
1411 Park Avenue
River Forest, IL 60305-1021

James Nickels
7410 W. North Avenue
Apt. 803
Elmwood Park, IL 60707-4259

Jan Thiry
1 Oak Brook Club Drive
A202
Oak Brook, IL 60523-8615

Jason J Solomon

JoAnn Lilek
30 Pine Avenue
La Grange Park, IL 60526-2035

John Budziak
1130 Norwalk Road
Lemont, IL 60439-8609

John Eilering
302S Lancaster
Mount Prospect, IL 60056-2924

John L. Matthews
CEDE & Co #793
49 Sterling
West Newton, MA 02465-2614

John Lambert
50 S. Suffolk
Lake Forest, IL 60045-4935

John Pelling III
600 N. Kingsbury
#1612
Chicago, IL 60654-8124

Jon Spoerry
2864 Greenwood Avenue
Highland Park, IL 60035-1330

Jonathan Gilfillan
214 N. Myrtle Avenue
Elmhurst, IL 60126-2627

July Business Services
30 South Wacker Drive
22nd Floor
Chicago, IL 60606-7452

Karen G. DeBoer
26 Blaine Avenue
Hinsdale, IL 60521-4209

Kathleen A. Uebelacker
606 Cypress Green Cir.
Wellington, FL 33414-6335

Keefe Bruyette & Woods
10 South Wacker Drive
Chicago, IL 60606-7453

Kenneth J. Velo
125 S. Green Street
Apt. 609A
Chicago, IL 60607-3715

Kent I. Phillips
10633 E. Honey Mesquite Dr
Scottsdale, AZ 85262-3285

Kevin Copeland
1147 Lilyfield Lane
Bolingbrook, IL 60440-3203

Lloyd's of London
One Lime Street
London, UK EC3M 7HA

Lois Lindstrom
c/o Stifel Nicolaus
Rockford, IL 61107

Lumigent Technologies
289 Great Road
Acton, MA 01720-4766

M & I Marshall & Ilsley Bank
c/o Mary C. Turke Esq.
Michael Best & Friedrich, LLP
1 S. Pinckney St. #700
PO Box 1806 Madison WI 53703-5154

M&I Marshall & Ilsley Bank
770 North Water Street
Milwaukee, WI 53202-3509

MBHI Capital Trust III
Deutsche Bank Trust Co. Delaware
in its capacity as Trustee
1011 Centre Road, 2nd Floor
Wilmington, DE 19805-1267

MBHI Capital Trust III
c/o Deutsche Bank Trust Co. Delaware
in its capacity as trustee
1011 Centre Road, 2nd Floor
Wilmington, DE 19805-1267

MBHI Capital Trust IV
c/o Wilmington Trust Company as Trustee
1100 North Market Street
Wilmington, DE 19890-0001

MBHI Capital Trust IV
c/o Wilmington Trust Company in its
capacity as trustee
Rodney Square N. 1100 N.Market St.
Wilmington, DE 19890-0001

MBHI Capital Trust V
c/o Wilmington Trust Company as trustee
Rodney Square N.
1100 N. Market Street
Wilmington, DE 19890-0001

MBHI Capital Trust V
c/o Wilmington Trust Company in its
capacity as trustee
Rodney Square N.,1100 N. Market St.
Wilmington, DE 19890-0001

Mari Uribarri
409 50th Place
Western Springs, IL 60558-1920

Marie T. Mollica
CEDE & Co #793
4713 189th St.
Flusing, MY  11358-3827

Mary Ceas
125 Lakeview Dr., Unit 705
Bloomingdale, IL 60108-1284

Mary Lastrapes
1208 D South Federal Street
Chicago, IL 60605-3375

Mary M. Henthorn
434 McDaniels Circle
Unit 503
Clarendon Hills, IL 60514-2159

Maryann Penczak
51 Old Oak Drive
#210
Buffalo Grove, IL 60089-3642

Mediant Communications LLC
P.O. Box 542
Saddle Brook, NJ 07663-0542

Merrill Lynch International
250 Vesey Street
New York, NY 10080-0002

Michelle Holman
1183 Harwich Drive
Carol Stream, IL 60188-9099

Microsoft Corporation and Microsoft Licensin
c/o Hillary B. Mohr
Riddell Williams P.S.
1001 4th Ave., Ste 4500
Seattle, WA 98154-1065

Microsoft Licensing, GP
6100 Neil Road
Suite 100
Reno, NV 89511-1137

Midwest Bank Holdings, Inc
54 South Washington Street
Suite 1
Hinsdale, IL 60521-4161

Morrow & Company LLC
421 East Third Street N.
Wichita, KS 67202-2509

NASDAQ
One Liberty Plaza
165 Broadway
New York, NY 10006-1404

NetIQ Corporation
Arboretum Lakes II
901 Warrenville Rd., #115
Lisle, IL 60532-4304

Northwest Suburban Capital Trust I
c/o Chase Manhattan Bank USA Nat'l
Assoc. in its capacity as trustee
600 Travis St., 50th Floor
Houston, TX 77002-3009

Northwest Surburban Capital Trust I
c/o Chase Manhattan Bank USA Nat'l
Assoc. in its capacity as trustee
600 Travis St., 50th Floor
Houston, TX 77002-3009

Office of the Secretary of State
501 S. 2nd Street, Room 328
Howlett Building
Springfield, IL 62756-0002

Percy L. Berger
140 Dempster Street
Evanston, IL 60202-1405

PrecisionIR, Inc.
Lockbox 7391
P.O. Box 8500
Philadelphia, PA 19178-7391

Proformance
2170 Buckthorne
Suite 100
The Woodlands, TX 77380-1794

Quick Delivery Service, Inc.
632 Pratt Avenue N.
Schaumburg, IL 60193-4557

RLI Insurance Company
Suite 350, Congress Center
525 West Van Buren Street
Chicago, IL 60607-3823

Ray & Bonnie Ehlers
CEDE & CO #793
4157 Shotwell Rd
Gerald, MO 63037-2506

Retirement Solutions Advisors
Inc.
410 W. Grand Avenue
Chicago, IL 60654-5709

Richard J. Montminy
CEDE & CO #793
5301 W. Fort Yuma Trail
Tucson, AZ 85750

Robert Fliss
4113 Stableford Lane
Naperville, IL 60564-9769

Robert J. Genetski
107 Park Street
Saugatuck, MI 49453-9600

Robert L. Woods
5N454 Neva Terrace
Itasca, IL 60143-2443

Robert Romano
425 S Clifton
Park Ridge, IL 60068-4673

Roberto R. Herencia
3311 Winchester Lane
Glenview, IL 60026-5750

Royal Capital Trust I
c/o Chase Manhattan Bank USA, National
Assoc. in its capacity as trustee
500 Stanton Christiana Rd. FL3/OPS4
Newark, DE 19713-2105

SCB Forums LTD
7210 41st Avenue
Flushing, NY 11377-3056

SNL Financial
One SNL Plaza
Charlottesville, VA 22902-5150

Schuyler Carroll
Arent Fox LLP
1675 Broadway
NYC, NY 10019-5820

Scottsdale Insurance Company
8877 N. Gainey Center Drive
Scottsdale, AZ 85258-2108

Sheldon Bernstein
7400 W. Lawrence Avenue
#231
Harwood Heights, IL 60706-3400

Shirley M. Dodson
CEDE & Co #793
3315 Upper Lakes Est Drive
Valley Parks, MO 63088-1426

Sophia Sanso
CEDE & Co #793
13893 Barberry Drive
Wellington, FL 33414-8178

St. Paul Mercury Insurance Co.
385 Washington Street
Saint Paul, MN 55102-1309

St. Paul Travelers
One Tower Square, 2MS
Hartford, CT 06183-0001

Stephen Eastwood
1155 W. Armitage Ave., Apt. 603
Chicago, IL 60614-4053

Steven Markovits
aka Stephen L. Markovits
175 E. Hawthorn Pkwy, #345
Vernon Hills, IL 60061-1460

Stifel Nicolaus & Company Inc.
501 N. Broadway
Saint Louis, MO 63102-2188

Susan Moll
2015 N. Halsted Street
Unit A
Chicago, IL 60614-4368

Symantec
350 Ellis Street
Mountain View, CA 94043-2202

The Bank of New York Mellon Trust Company, N
as Guarantee Trustee
101 Barclay Street
New York, New York 10286-0001
Attention: David M. Kerr

The Bank of New York Mellon Trust Company, N
as Institutional Trustee
101 Barclay Street
New York, New York 10286-0001
Attention: David M. Kerr

The Bank of New York Mellon Trust Company, N
c/o Leslie Allen Bayes, Bryan Cave LLP
161 North Clark Street, Ste 4300
Chicago, IL 60601-3315

The Home Insurance Company in Liquidation
55 South Commerical Street
Manchester, NH 03101-2606

The NASDAQ Stock Market, LLC
Lockbox 20200/P.O. Box 8500
Philadelphia, PA 19178-0200

Thomas Caravello
1017 S. Grace Drive
Mount Prospect, IL 60056-4117

Thomas Hackett
8313 Mendingwall Drive
Woodridge, IL 60517-4521

Thomas J. Bell, III
17126 S. McKenna Drive
Plainfield, IL 60586-8695

Thomas Jalette
7505 Florence Avenue
Downers Grove, IL 60516-4482

Thomson Reuters Boardlink
3 Times Square
New York, NY 10036-6564

Towers Perrin Forster & Crosby Inc.
875 Third Avenue
New York, NY 10022-6225

Towers Watson Pennsylvania Inc
1500 Market Street
Centre Square East
Phila, PA 19102-4790
Attn: Jeff Hall

Towers Watson Pennsylvania Inc
P.O. Box 8500
S-6110
Philadelphia, PA 19178-6110

Travelers Insurance
One Tower Square, 2MS
Hartford, CT 06183-0002

U.S. Specialty Insurance Co.
13403 Northwest Freeway
Houston, TX 77040-6006

United States Department of
Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220-0001

Wanye L. & Brenda Versiues
6023 St. Francis Drive
Jefferson City, MO 65101-9291

Westchester Fire Insurance Co.
1325 Avenue of the Americas
New York, NY 10019-6026

Westlaw Business Services
610 Opperman Drive
P.O. Box 64833
Saint Paul, MN 55164-1803

William Lee  & Kathleen A. Calhoun
CEDE & CO #793
10500Wine Palm Rd.,
Ft. Myers, FL 33966-5756

Wilmington Trust Co as trustee MBHI
Capital Trust V Indenture et al
Attn Steven M Cimalore
1100 N Market St Rodney Square North
Wilmington, DE 19890-0001

XL Specialty Insurance Co.
190 South LaSalle Street
Suite 950
Chicago, IL 60603-3442

Zurich American Insurance Co.
1400 American Lane
Schaumburg, IL 60196-1091

smarsh
921 SW Washington St.
Suite 540
Portland, OR 97205-2816

Bruno P Costa

Joel D Nesset
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402-2431

John G Eilerings Jr.
302 S. Lancaster
Mount Prospect, IL 60056-2924

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Sonia Chae Securities and Exchange Commissio
Chicago Regional Office
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604-2815

Thomas G Wallrich
Hinshaw & Culbertson LLP
333 south Seventh Street
Suite 2000
Minneapolis, MN 55402-2431

William J Connelly
Hinshaw & Culbertson LLP
222 N Lasalle St
Suite 300
Chicago, IL 60601-1081

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Service Operations
Stop N781
P.O. Box 21126
Philadelphia, PA  19114

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

ADP, Inc.
060 - ADP Chicago
1851 North Resler Drive
El Paso, TX 79912

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FDIC as Receiver for Midwest Bank & Trust       (u)Hare & Co                               (u)M & I Marshall & Ilsley Bank

(u)THe Home Insurance Company in Liquidation       (u)The Bank of New York Mellon Trust Company,   (u)The Official Committee of Unsecured Credit

(u)Tricadia CDO Management, LLC                    (u)CEDE & Co #793                          (u)J William Boone

(u)RLW Protective Life                             (d)The Nasdaq Stock Market LLC             (u)Brad A Luecke
                                                   Lockbox 20200, P.O. Box 8500
                                                   Philadelphia, PA 19178-0200

(u)Camille Segreti                                 (u)Crowe Horwath LLP                       (u)Daniel R Kadolph

(u)David C Lindgren                                (d)David C Peck                            (u)John B Pelling III
                                                   1301 Brighton Dr
                                                   Wheaton, IL 60189-8111

(u)Karen G Deboer                                  (u)Mary C Lastraes                         (u)Mary M Henthorn

(u)Robert L Woods                                  (u)Sheldon Berstein                        (u)Thomas Caravello

End of Label Matrix
Mailable recipients   194
Bypassed recipients    24
Total                 218

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MIDWEST BANC HOLDINGS, INC., | ) | Case No. 10-37319 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date:  July 13, 2011 at 9:30 a.m. |

**FINAL FEE APPLICATION OF FREEBORN & PETERS LLP AS COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MIDWEST BANC**
**HOLDINGS, INC. SEEKING (I) ALLOWANCE AND FINAL APPROVAL OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM SEPTEMBER 28, 2010 THROUGH MAY 31, 2011; AND (II) AUTHORIZING**
**THE CREDITOR TRUSTEE TO REMIT ALL UNPAID COMPENSATION  AND**
**REIMBURSEMENT OF EXPENSES TO FREEBORN & PETERS LLP**

Freeborn & Peters LLP ("*F&P*"), counsel to the Official Committee of Unsecured

Creditors (the "*Committee*") appointed in the above-captioned chapter 11 case, hereby submits

the *Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of*

*Unsecured Creditors* (the "*Final Fee Application*") for (a) for allowance and final approval of

$477,739.80 for compensation for professional services rendered by F&P to the Committee for

the period of September 28, 2010 through May 31, 2011, and reimbursement of $3,870.28 for

actual and necessary expenses incurred by F&P during that same period; and (b) authorizing the

Creditor Trustee (defined below), as successor to the Debtor, to pay F&P compensation and

reimbursement of expenses in the aggregate amount of $145,938.58, representing all unpaid

compensation and expenses.  In support of this Application F&P represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.  This is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code.  Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

2.      The statutory predicates for the relief requested herein are sections 330, 331, 503(b), and 507(a)(1) of title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "*Local Rules*").

## BACKGROUND

3.      On August 20, 2010 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "*Court*").

4.      The Debtor maintains possession of its property and is operating and managing its business as a debtor-in-possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

5.      On September 28, 2010, the Office of the United States Trustee (the "*U.S. Trustee*") appointed the Committee as an official committee to represent the interests of unsecured creditors of the Debtor pursuant to section 1102 of the Bankruptcy Code.  The U.S. Trustee filed formal notice with the Court reflecting such appointment on September 29, 2010.

6.      On September 28, 2010, the Committee selected Freeborn & Peters LLP ("*F&P*") as its counsel, and the Committee filed its application to retain F&P as counsel on October 1,

2

2010.  On October 6, 2010, this Court entered an order approving the retention of F&P's attorneys as counsel to the Committee, effective as of September 28, 2010.

7.    On October 28, 2010, the Committee filed a motion seeking payment of a $50,000 retainer (the "*Retainer*") to Committee counsel.  On November 8, 2010, the Court entered an order approving the motion and authorizing payment to F&P of the Retainer.

8.    On October 28, 2010, the Committee and the Debtor jointly filed a motion to establish interim compensation procedures (the "*Interim Compensation Procedures Motion*"). On November 22, 2010, this Court entered an order granting the Interim Compensation Procedures Motion, effective as of November 1, 2010 (the "*Interim Compensation Procedures Order*").

9.    Pursuant to the Interim Compensation Procedures Order, professionals may submit fee applications in accordance with the Bankruptcy Code, Bankruptcy Rules and Local Rules every sixty days and must file interim applications every 120 days.  Additionally, all interim applications for compensation must only be served upon counsel for the Debtor, the Committee, the U.S. Trustee and all parties that have filed appearances and requested service of papers in the Debtor's chapter 11 case.

10.   On December 20, 2010, the Debtor and the Committee filed a joint plan (as amended, the "*Plan*") and accompanying disclosure statement (as amended, the "*Disclosure Statement*").  The Debtor and Committee subsequently filed amended versions of the Plan dated March 24, May 6 and May 27, 2011.  The Plan contemplates the disposition of the Debtor's remaining assets by establishing a liquidating trust for the benefit of all creditors.

11.   On May 31, 2011, the Court entered an order approving the Disclosure Statement with respect to the Third Amended Joint Plan of Liquidation and Confirming the Third Amended

3

Joint Plan of Liquidation Dated May 27, 2011.  Pursuant to the Plan and the Midwest Banc

Holdings, Inc. Creditor Trust Agreement entered into between the Debtor, the Committee and

Barry A. Chatz, the initial creditor trustee (the "*Creditor Trustee*") appointed under the Plan,

most of the remaining property of the Debtor's estate vested in a creditor trust (the "*Creditor*

*Trust*"), pursuant to which the Creditor Trustee will liquidate such assets, pursue various causes

of action and distribute all resulting proceeds to the Debtor's creditors in accordance with the

Plan.

## SUMMARY OF FEES AND EXPENSES FOR INTERIM PERIODS

12.      In accordance with the Interim Compensation Procedures Order and as set forth in

more detail below, F&P previously submitted three Interim Fee Applications (the "*Interim Fee*

*Applications*").

13.      On December 28, 2010, F&P filed the First Interim Fee Application for services

and expenses rendered on behalf of the Estate during the period of September 28, 2010 through

November 30, 2010 (the "*First Interim Fee Application Period*").   On January 18, 2011, F&P

filed a supplement to the First Interim Fee Application.   A detailed schedule of the services

rendered and expenses incurred by F&P during this time period is attached hereto and

incorporated herein as Exhibit 1.   On February 10, 2011 this Court entered an Order (the "*First*

*Interim Fee Application Order*") with respect to the First Interim Fee Application, approving

compensation in the amount of $188,262.45 and reimbursement of $709.35 for expenses

incurred for the First Interim Fee Application Period.

14.      On March 23, 2011, F&P filed the Second Interim Fee Application for services

and expenses rendered on behalf of the Estate during the period of December 1, 2010 through

January 31, 2011 (the "*Second Interim Fee Application Period*").   A detailed schedule of the

services rendered and expenses incurred by F&P during this time period is attached hereto and incorporated herein as Exhibit 2.  On April 19, 2011 this Court entered an Order (the "*Second Interim Fee Application Order*") with respect to the Second Interim Fee Application, approving compensation in the amount of $60,237.90 and reimbursement of $222.62 for expenses incurred for the Second Interim Fee Application Period.

15.     On April 18, 2011, F&P filed the Third Interim Fee Application for services and expenses rendered on behalf of the Estate during the period of February 1, 2011 through March 31, 2011 (the "*Third Interim Fee Application Period*").   A detailed schedule of the services rendered and expenses incurred by F&P during this time period is attached hereto and incorporated herein as Exhibit 3.  On May 11, 2011 this Court entered an Order (the "*Third Interim Fee Application Order*") with respect to the Third Interim Fee Application, approving compensation in the amount of $83,058.95 and reimbursement of $500.23 for expenses incurred for the Third Interim Fee Application Period.

16.     As of the date of this Final Fee Application, F&P has received $332,991.50 on account of the Interim Fee Applications.

17.     F&P has not previously sought interim compensation and reimbursement of expenses for the period of April 1, 2011 through May 31, 2011.   During that period, F&P performed services in the aggregate amount of $143,500.50, and incurred expenses in the aggregate amount of $2,438.08, for a total of $145,938.58.   A detailed schedule of the services rendered and expenses incurred (broken down by project category) by F&P during this time period are attached hereto and incorporated herein as Exhibits 4 through 11.

## RELIEF REQUESTED

18.     This Final Fee Application reflects services rendered, and expenses incurred, by F&P on behalf of the Committee from September 28, 2010 through May 31, 2011 (the "*Final Fee Application Period*").  This Final Fee Application represents F&P's fourth and final request for allowance of compensation and reimbursement of expenses for services rendered on behalf of the Committee..  For the Final Fee Application Period, F&P seeks approval of compensation in the amount of $477,739.80 and reimbursable expenses in the amount of $3,871.28, for a total of $481,610.08.

19.     By this Final Fee Application, F&P respectfully requests the entry of an order: (1) allowing F&P $477,739.80 in compensation and $3,870.28 for reimbursement of expenses for the Final Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code; and (2) authorizing payment to F&P in the amount of $145,938.58, representing all unpaid amounts owing to F&P on account of services rendered and expenses incurred during the Final Fee Application Period.

## DISCUSSION

20.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

[T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . .  In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including − (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a).

21.    The Seventh Circuit Court of Appeals has stated that:

> The computation of hourly fees depends on the number of hours "reasonably" expended, the hourly rate of each [professional], the calculation of the time value of money (to account for delay in payment), potential increases and decreases to account for risk and the results obtained, and a complex of other considerations under the heading of "billing judgment."

*Kirchoff v. Flynn*, 786 F.2d 320, 325 (7th Cir. 1986).  Additionally, other courts of appeal have

recognized that:

> [I]t is important for the court to maintain a sense of overall proportion and not become enmeshed in meticulous analysis of every detailed facet of the professional representation.  It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an associate rather than a partner.  On the other hand, it is also possible that [the client] would not have enjoyed the success it did had its counsel managed matters differently.

*Boston and Main Corp. v. Moore*, 776 F.2d 2, 10 (1st Cir. 1985) (citations omitted).

22.    In reviewing the Final Fee Application, the Court should be guided by the

Seventh Circuit's instruction to ascertain whether such services were rendered and billed in

accordance with the established market for legal services in similar matters:

> [I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price.  It is to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.

*In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992); *see Mann v.*

*McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984) (section 330 "is meant to

encourage high standards of professional legal practice in the bankruptcy courts. . . .  Bankruptcy

courts must consider whether the fee awards are commensurate with fees for professional

services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in

bankruptcy courts.").

23.     In *Continental Securities*, the Seventh Circuit found error in the lower court's practice of: (a) placing ceilings on the hourly rates of all lawyers; (b) refusing to allow paralegal services to be compensated at market rate; (c) refusing to award a risk multiplier; (d) making large across-the-board cuts in research time; (e) making large across-the-board cuts in conference time; and (f) refusing to allow attorneys to bill computerized legal research services (*e.g.*, LEXIS). *Continental Illinois Securities Litigation*, 962 F.2d at 568-70.

24.     In evaluating the Final Fee Application, the Court should also consider the novelty and difficulty of the issues presented, the skill required to perform the legal services properly, the preclusion of other employment caused by F&P's retention in this case, the customary fees charged in similar cases, the existence of time limits under which the services were rendered, the results obtained, the experience and ability of the attorneys involved, and the amount of awards of compensation in similar cases.  *See In re Alberto*, 121 B.R. 531, 534 (Bankr. N.D. Ill. 1990).

25.     F&P's hourly rates of compensation for those attorneys and para-professionals during the Final Fee Application Period range from $205 to $735.  However, no professional with an hourly rate in excess of $562.50 has performed services herein, and F&P's rates for this matter are at a ten percent (10%) discount from its standard rates.  Those rates are comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in this jurisdiction.  Further, F&P's hourly rates for this matter represent a discount of ten percent (10%) from its standard rates.  F&P consistently and consciously made every reasonable effort to represent the Committee in the most economical, efficient, and practical manner possible.

26.     A summary of the compensation requested herein for each of F&P's professionals

and para-professionals during the Final Fee Application Period is set forth below:

| Timekeeper | Title | Year of Illinois Bar Admission | Total Hours | Total Compensation Requested |
|---|---|---|---|---|
| Brandess, Michael A. | Associate | 2009 | 10.8 | $2,430.00 |
| Eggert, Devon J. | Associate | 2006 | 238.6 | $66,117.15 |
| Fawkes, Thomas R. | Partner | 2002 | 4.7 | $2,010.15 |
| Isenberg, Shira | Associate | 2003 | 186.7 | $65,231.55 |
| Hammer, Aaron | Partner | 1997 | 175.6 | $97,572.15 |
| Jackiw, Brian | Associate | 2008 | 24.3 | $6,232.95 |
| Krantz, Hillary | Associate | 2001 | 13.8 | $4,347.00 |
| Morris, Wendy E. | Associate | 2003 | 183.9 | $53,968.50 |
| Lauter, Richard S. | Partner | 1982 | 308.4 | $158,430.60 |
| Sheldon, Kathryn | Paralegal | N/A | 81.5 | $16,032.15 |
| Smith, Brian | Partner | 1998 | 14.2 | $5,367.60 |
| | | **TOTALS:** | **1,242.5** | **$477,739.80** |
| | | **BLENDED RATE:** | | **$384.50** |

27.     No agreement or understanding exists between F&P and any other person for the

sharing of compensation received or to be received in connection with this chapter 11 case, other

than as previously disclosed or authorized pursuant to the Bankruptcy Code, Bankruptcy Rules,

and the Local Rules.

28.     F&P reserves the right to correct, amend, or supplement this Final Fee

Application, including, without limitation, to seek payment in the event this Fee Application is

not approved in full.

## SERVICES PERFORMED

29.     A detailed description of the work performed by F&P and the time spent during

the Final Fee Application Period for each project category is summarized below.

### A.    General                                                    $36,259.65

30.    F&P spent 106.6 hours at a cost of $36,259.65 on general matters.  This category primarily includes time spent reviewing incoming pleadings, correspondence, and notices, preparing for and attending Court hearings on general case matters, corresponding with parties-in-interest concerning general case matters, and updating the Committee website that provides a forum for creditors to receive information about the Debtor's chapter 11 case.  This category also includes matters which encompass more than one discrete category.

### B.    Litigation                                                  $40,104.90

31.    F&P spent 105.4 hours at a cost of $40,104.90 on litigation related issues.  This category includes time spent analyzing potential claims the FDIC may hold against the Debtor's estate – a central issue in many chapter 11 cases of bank holding companies such as the Debtor – and analyzing potential claims against the Debtor's director and officer liability insurance policies.

### C.    Creditor Inquiries, Negotiations                    $1,834.65

32.    F&P spent 4.9 hours at a cost of $1,834.65 responding to inquiries from the Debtor's unsecured creditors and corresponding with creditors regarding solicitation materials and treatment of various classes of creditors.

### D.    F&P Retention and Fee Applications                $27,574.65

33.    F&P spent 88.5 hours at a cost of $27,574.65 related to fee applications.  This category includes time spent preparing F&P's retention application, reviewing exhibits to the Interim Fee Applications, preparing and filing the Interim Fee Applications, preparing and filing amended exhibits to the First Interim Fee Application, preparing and filing a supplement to the First Interim Fee Application and attending hearings on Interim Fee Applications.

**E.      Other Professional Retention and Fee Applications      $1,749.60**

34.      F&P spent 3.6 hours at a cost of $1,749.60 on issues relating to other professional retention and fee applications.  Time in this category includes reviewing Hinshaw & Culbertson LLP's fee application and the subsequently filed supplement to Hinshaw & Culbertson LLP's application for compensation.   Additionally, F&P expended time on issues relating to the Debtor's application to retain of Crowe Horwath LLP as accounts, and reviewing potential issues and strategic considerations related to the retention of Crowe Horwath LLP.

**F.      Plan and Disclosure Statement                          $313,877.25**

35.      F&P spent 798.8 hours at a cost of $313,877.25 on matters relating to the joint Plan and the Disclosure Statement.  F&P's efforts in this category include working with counsel for the Debtor and other parties in interest in several rounds of revisions to the Plan and related documents.   F&P worked with the Debtor and counsel for the Federal Deposit Insurance Company (the "*FDIC*"), M&I Marshall & Ilsley Bank ("*M&I*") and Tricadia Capital Management LLC ("*Tricadia*") – all of which filed objections to the Plan – in negotiating and preparing the proposed Plan and Disclosure Statement, revising the Plan documents in connection therewith and attending hearings related to the Plan.  F&P and counsel for the Debtor were ultimately able to resolve all outstanding objections and confirm the Plan at an uncontested hearing.

36.      This category also includes considerable time spent analyzing the Debtor's trust preferred securities – a hybrid debt-equity instrument – to determine the proper classification and treatment of such claims under the Plan.  Additionally, F&P expended considerable time drafting and revising a creditor trust agreement and preparing the motion for approval of solicitation procedures with respect to the Plan and Disclosure Statement.

37.     Time in this category also includes preparing for and attending court hearings regarding the Plan and Disclosure Statement, including the Plan confirmation hearing.

**G.     Committee Meetings and Governance                    $49,151.25**

38.     F&P spent 116.4 hours at a cost of $49,151.25 on Committee meetings and governance issues.  This category primarily consists of time spent preparing for and conducting regular meetings of the Committee to keep members apprised of the overall status of the Debtor's chapter 11 case, to conduct an interview process for the Committee's selection of a potential creditor trustee, and to discuss the Committee's position with respect to the Plan and Disclosure Statement, as well as other issues in the Debtor's case.  F&P also spent considerable time addressing individual Committee member inquiries regarding the status of the case.

**H.     Investigation of Operations                    $479.70**

39.     F&P spent 2.0 hours at a cost of $479.70 on matters relating to investigating the Debtor's operations.  Time in this category includes gathering an analyzing background factual information regarding the Debtor's operations.

**I.     Asset Sales                    $724.50**

40.     F&P spent 1.4 hours at a cost of $724.50 on matters related to asset sales.  F&P's efforts in this category include addressing issues related to the impact of real estate taxes for the Debtor's property located in Roselle, Illinois on the potential sale of the real estate.

**J.     Schedules and Reports                    $4,246.65**

41.     F&P spent 8.0 hours at a cost of $4,246.65 on reviewing and analyzing the Debtor's monthly operating reports, the amended list of equity security holders and the summary of cash receipts and disbursements filed by the Debtor.

**K.**      **Claims Analysis**                                    **$1,737.00**

42.      F&P spent 6.9 hours at a cost of **$**1,737.00 on reviewing and analyzing proof of claims filed in the chapter 11 case, including the claims filed by the trustees for the trust preferred securities, employee claims and the claims of the FDIC.

## REASONABLE EXPENSES INCURRED

43.      Detailed itemizations of all expenses incurred are incorporated in the detailed itemization of expenses attached hereto.  Expenses during the Final Fee Application Period were incurred in the following general categories:

(a)      Photocopying:  F&P incurred copying and printing charges in the amount of $1,948.60.  F&P charges clients $0.10 per copy and maintains a record of in-house copies made through a computerized system.  This procedure requires an operator to key in a client's code number on a keypad attached to the copier.  For large projects, F&P uses outside copy services for purposes of efficiency and charges amounts actually incurred.  No such outside copying service was used during the Final Fee Application Period.

(b)      Outside Teleconferencing:  F&P incurred expenses in the amount of $597.09 in connection with teleconferencing services. These expenses were necessary in order to conduct Committee meetings telephonically.

(c)      Local Messenger Delivery:  F&P incurred expenses in the amount of $6.05 in connection with local messenger delivery services.  These expenses were necessary in order to provide documentation to the Office of the U.S. Trustee.

(d)      Long Distance Messenger Delivery:  F&P incurred expenses in the amount of $310.12 in connection with long distance messenger delivery services.  These expenses were necessary in order to provide documentation to the Office of the U.S. Trustee.

13

(e)    Research Expenses: F&P incurred legal research expenses in the amount of $761.50. F&P submits that the research expenses were necessary to analyze the complex issues presented in the Debtor's case, including potential claims of the FDIC and the treatment of trust preferred securities under the Plan.[1]

(f)    Miscellaneous Expenses, Postage, Meal and Travel Expenses: F&P incurred expenses in the amount of $240.92 in other categories, such as miscellaneous meals and transportation costs.[2]

44.    All expenses incurred by F&P in connection with its representation of the Committee were ordinary and necessary expenses.  All expenses billed to the Committee were billed in the same manner as F&P bills non-bankruptcy clients.

45.    F&P does not bill its clients or seek compensation in this Final Fee Application for certain overhead expenses, such as local and long-distance telephone calls, secretarial services, and facsimile transmissions.  Such expenses are factored into F&P's hourly rates.  F&P has not included certain other charges described herein in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately.

## BENEFIT TO THE ESTATE

46.    During the Final Fee Application Period, F&P assisted the Committee in, *inter alia*, investigating the Debtor's operations, analyzing potential claims of the FDIC and working

---

[1]    The Court disallowed certain research expenses in its First Interim Fee Order.  Those disallowed expenses are not sought in this Final Fee Application.

[2]    Pursuant to the U.S. Trustee's prior request, F&P has agreed to waive $97.75 in miscellaneous expenses that were stated in its First Interim Fee Application, which was reflected in the Supplement to First Interim Fee Application filed on January 18, 2011.  F&P does not seek reimbursement in this Final Fee Application for those voluntarily waived miscellaneous expenses.

with the Debtor and other parties in interest to draft, revise and confirm the Plan.  F&P submits that the services performed during the Final Fee Application Period provided a significant benefit to the Debtor's estate and creditors by ensuring that estate assets were properly preserved, and that the Plan, as confirmed, maximizes the value of the estate for the benefit of all parties in interest.

## **NOTICE**

47.    Pursuant to Bankruptcy Rule 2002(a)(6), twenty-one days' notice of this Final Fee Application has been provided to: (a) the Debtor's counsel; (b) the Office of the United States Trustee; (c) all parties who have filed a request to receive notice pursuant to Bankruptcy Rule 2002; and (d) all creditors of the Debtor.

**WHEREFORE**, F&P respectfully requests that the Court enter an order:

(a)      allowing F&P, on a final basis, $477,739.80 in compensation for the Final Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(b)      allowing F&P, on a final basis, $3,870.28 in reimbursable expenses for the Final Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(c)      authorizing payment by the Creditor Trustee (as successor to the Debtor) to F&P of $145,938.58, representing all unpaid, non-deferred amounts owing to F&P on account of the Final Fee Application; and

(d)      granting such other and further relief as the Court deems just and proper.

Dated:  June 21, 2011                    **FREEBORN & PETERS LLP**


                                          By:     /s/ Richard S. Lauter

                                                  Richard S. Lauter (No. 6182859)
                                                  FREEBORN & PETERS LLP
                                                  311 South Wacker Drive, Suite 3000
                                                  Chicago, Illinois 60606
                                                  Telephone:  312.360.6000
                                                  Facsimile:   312.360.6520