UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MIDWEST BANC HOLDINGS, INC., | ) | Case No. 10-37319 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |

**SUPPLEMENT TO FINAL FEE APPLICATION OF FREEBORN & PETERS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MIDWEST BANC HOLDINGS, INC.**

Freeborn & Peters LLP ("*F&P*"), counsel to the Official Committee of Unsecured Creditors (the "*Committee*") appointed in the above-captioned chapter 11 case, hereby submits this supplement (the "*Supplement*") to the *Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* (the "*Final Fee Application*") for (a) allowance and final approval of $477,739.80 for compensation for professional services rendered by F&P to the Committee for the period of September 28, 2010 through May 31, 2011, and reimbursement of $3,870.28 for actual and necessary expenses incurred by F&P during that same period; and (b) authorizing the Creditor Trustee (defined below), as successor to the Debtor, to pay F&P compensation and reimbursement of expenses in the aggregate amount of $145,938.58, representing all unpaid compensation and expenses.

## INTRODUCTION

At the July 13, 2011 hearing on F&P's Final Fee Application, counsel for F&P and the Office of the United States Trustee (the "*U.S. Trustee*") advised the Court that F&P was willing to take voluntary reductions for certain fees and expenses the U.S. Trustee found to be objectionable. Accordingly, this Court asked F&P to supplement the Final Fee Application to summarize the agreed upon reductions. Additionally, due to the volume of the records attached

to the Final Fee Application, this Supplement also briefly summarizes the Final Fee Application.

## SUMMARY OF FINAL FEE APPLICATION

The Final Fee Application seeks $477,739.80 for compensation for professional services rendered by F&P to the Committee for the entire period of the case – September 28, 2010 through May 31, 2011 – and reimbursement of $3,870.28 for actual and necessary expenses incurred by F&P during that same period. However, this Court previously entered interim orders approving $334,239.30 in compensation and $1,423.20 in expenses for the period of September 20, 2010 through March 31, 2011. Because the Final Fee Application seeks final approval of all fees and expenses of F&P as counsel to the Committee, the Final Fee Application includes the amounts that were previously approved on an interim basis.

Accordingly, the only portion of the Final Fee Application that is before the Court for the first time is fees and expenses totaling $143,500.50 and $2,438.08, respectively, for the period of April 1, 2011 through May 31, 2011. F&P's time detail records for that period, separated by category of services performed, are attached to the Final Fee Application as Exhibits 4 through 11.

## VOLUNTARY REDUCTIONS AT THE REQUEST OF THE U.S. TRUSTEE

As previously stated, F&P has agreed to certain voluntary reductions based upon comments from the U.S. Trustee. Those reductions are as follows:

- **Fees:** A reduction for 0.2 hours of paralegal time spent performing tasks that the U.S. Trustee believes to be administrative and not billable to the estate. This results in a reduction of $39.60 (paralegal hourly rate of $198.00 * 0.2 hours = $39.60).

- **Expenses:** Cab fare totaling $91.60 and a meal expense in the amount of $66.29 for an aggregate amount of $157.89.

### REVISED AMOUNTS SOUGHT IN THE FINAL FEE APPLICATION
### BASED UPON F&P'S VOLUNTARY REDUCTIONS

Based upon the foregoing voluntary reductions, the amount requested in the Final Fee Application is reduced to $477,700.20 ($477,739.80 - $39.50) in fees and $3,712.39 ($3,870.28 - $157.89) in expenses for a total of $481,412.59 ($481.610.08 - $197.49).

Dated: July 15, 2011                    **FREEBORN & PETERS LLP**

                                        By:   /s/ Richard S. Lauter

                                              Richard S. Lauter (No. 6182859)
                                              FREEBORN & PETERS LLP
                                              311 South Wacker Drive, Suite 3000
                                              Chicago, Illinois 60606
                                              Telephone: 312.360.6000
                                              Facsimile:  312.360.6520