**SUPPLEMENT TO FINAL FEE APPLICATION – REGARDING MATTER 9**

121286635v1  0913730  54169

MIDWEST BANC HOLDINGS, INC.            PAGE: 2 JUNE 8, 2011
Re: HEARINGS            0913730-11048441

SERVICES:

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/09/11 | TGW | Travel to Chicago (1.6); and attend fee hearings (0.3); attend hearing on continuance of procedures motion (0.1); meeting with S. Alsterda and R. Lauter re plan modifications (1.0). | 3.00 |
| 02/09/11 | WJC | Court appearance - hearing on fee application by Debtor's counsel and committee counsel, and motion for joint solicitation as to adequacy of disclosure statement and liquidating plan. | 1.60 |
| 02/16/11 | WJC | Court appearance - hearing on debtor's motion regarding use of certain insurance policy proceeds. | 1.70 |
| 02/21/11 | WJC | Preparations for hearing on pending matters on Wednesday. | 0.30 |
| 02/23/11 | WJC | Court appearance - hearing as to motion for joint solicitation of disclosure statement and plan; status and pending matters. | 1.60 |
| 03/09/11 | WJC | Court appearance / hearing on our motion to employ accountants, committee motion regarding joint solicitation as to plan and disclosure statement, notice and ballots, scheduling orders as to confirmation and status as to case generally. | 1.70 |
| 05/04/11 | WJC | Court appearance - hearing on application for compensation, 1st omnibus claims objection and motion to continue hearing as to adequacy of disclosure statement and confirmation of plan. | 1.60 |
| 05/24/11 | JDN | Travel to Chicago (3.0); meet with committee counsel re confirmation hearing (2.4); meet with R. Herencia re testimony and confirmation issues (1.9); receipt and review Bony reply to Tricadia objection (0.3); telephone conference with M. Turke, Clerk of Court, R. Lauter (0.2); correspondence with Alsterda (0.1). (plan) | 7.90 |
| 05/24/11 | TGW | Travel to Chicago for continuation hearing (3.0); travel to (0.5); and attend meeting with Freeborn & Peters re plan modifications (2.00); prepare for (1.5); and travel to meeting with R. Herencia re confirmation testimony (0.5); draft modification to creditors trust (1.5). | 9.00 |

| | | | |
|---|---|---|---|
| MIDWEST BANC HOLDINGS, INC. | | PAGE: 3 Ju ne 13, 2011 | |
| Re: HEARINGS | | 0913730-11048441 | |

| | | | |
|---|---|---|---|
| 5/25/11 | JDN | Prepare for (1.4) and attend confirmation hearing (1.5); correspondence re plan amendments (0.3); travel from Chicago (3.0) (Plan) | 6.20 |
| 5/25/11 | TGW | Travel to (1.0); and attend confirmation hearing (1.5); meeting with creditors committee re modification (1.50); return travel from Chicago to Minneapolis and post confirmation issues (4.0) | 8.00 |

Total Matter 9 (Hearings) hours: 42.60
Total Matter 9 (Hearings) fees: $9,632.25